# EXHIBIT 1

**BY Hotel SPE-3 LLC**
**13 Week Forecast**
**For Weeks Ended 03/14/2026 to 06/06/2026**

| Week Ending | 3/14/2026 | 3/21/2026 | 3/28/2026 | 4/4/2026 | 4/11/2026 | 4/18/2026 | 4/25/2026 | 5/2/2026 | 5/9/2026 | 5/16/2026 | 5/23/2026 | 5/30/2026 | 6/6/2026 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Num | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| *Actual or Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | |
| **Sales** | | | | | | | | | | | | | | |
| Room Revenue | $ 534,037 | $ 534,037 | $ 546,694 | $ 554,167 | $ 554,167 | $ 554,167 | $ 592,741 | $ 824,187 | $ 824,187 | $ 824,187 | $ 824,187 | $ 850,965 | 907,202 | $ 8,924,924 |
| Telephone Revenue | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 182 |
| Other Revenue | 31,337 | 31,337 | 32,490 | 34,027 | 34,027 | 34,027 | 34,446 | 36,960 | 36,960 | 36,960 | 36,960 | 37,897 | 39,595 | 457,023 |
| **Total Sales** | $ 565,388 | $ 565,388 | $ 579,198 | $ 588,208 | $ 588,208 | $ 588,208 | $ 627,201 | $ 861,161 | $ 861,161 | $ 861,161 | $ 861,161 | $ 888,876 | 946,811 | $ 9,382,129 |
| **Receipts** | | | | | | | | | | | | | | |
| Credit Card and Cash Deposits | $ 592,480 | $ 592,480 | $ 606,890 | $ 616,169 | $ 616,169 | $ 616,169 | $ 657,304 | $ 904,113 | $ 904,113 | $ 904,113 | $ 904,113 | $ 933,250 | 994,198 | $ 9,841,560 |
| **Total Receipts** | $ 592,480 | $ 592,480 | $ 606,890 | $ 616,169 | $ 616,169 | $ 616,169 | $ 657,304 | $ 904,113 | $ 904,113 | $ 904,113 | $ 904,113 | $ 933,250 | 994,198 | $ 9,841,560 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll | $ - | $ (313,098) | $ - | $ (313,098) | $ - | $ (319,098) | $ - | $ (324,098) | $ - | $ (325,098) | $ - | $ (326,098) | - | $ (1,920,588) |
| Credit Card Fees | | | | (93,497) | | | | (110,194) | | | | | (153,355) | (357,046) |
| Vendors | (58,409) | (58,409) | (58,409) | (55,425) | (55,425) | (55,425) | (55,425) | (58,417) | (64,925) | (64,925) | (64,925) | (64,925) | (64,925) | (779,970) |
| Occupancy Tax | - | - | (16,500) | (49,500) | - | - | (35,750) | (94,325) | - | - | - | (37,125) | (93,500) | (326,700) |
| Sales Tax | - | - | (35,700) | (107,100) | - | - | (77,350) | (204,085) | - | - | - | (80,325) | (202,300) | (706,860) |
| Franchise Fee | - | - | (85,500) | (11,882) | - | - | (162,925) | (11,882) | - | - | - | (161,500) | (11,882) | (445,571) |
| Utilities | - | (42,112) | - | (41,058) | - | (38,425) | - | (12,758) | (24,057) | - | (21,910) | - | - | (180,320) |
| Insurance | - | - | - | (83,838) | - | - | - | (83,838) | - | - | - | (83,838) | - | (251,515) |
| CapEx | - | - | (20,000) | - | - | - | (20,000) | (10,000) | - | - | - | (30,000) | - | (80,000) |
| Contingency | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (520,000) |
| **Total Operating Disbursments** | $ (98,409) | $ (453,619) | $ (256,109) | $ (795,400) | $ (95,425) | $ (452,948) | $ (391,450) | $ (949,598) | $ (128,982) | $ (430,023) | $ (126,835) | $ (823,811) | (565,962) | $ (5,568,570) |
| **Net Operating Cash** | $ 494,071 | $ 138,861 | $ 350,781 | $ (179,230) | $ 520,744 | $ 163,222 | $ 265,854 | $ (45,485) | $ 775,131 | $ 474,090 | $ 777,278 | $ 109,438 | 428,236 | $ 4,272,990 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Other Lender Costs | - | - | - | (153,272) | - | - | - | (153,272) | - | - | - | - | (153,272) | (459,817) |
| Utility Deposit | - | - | (113,253) | - | - | - | - | - | - | - | - | - | - | (113,253) |
| Restructuring Fees | (200,000) | - | - | - | - | - | - | (346,533) | - | - | - | (437,467) | - | (984,000) |
| US Trustee Fees | - | - | - | - | - | - | - | (16,560) | - | - | - | - | - | (16,560) |
| **Total Non-Operating Disbursements** | $ (200,000) | $ - | $ (113,253) | $ (153,272) | $ - | $ - | $ - | $ (516,366) | $ - | $ - | $ - | $ (437,467) | (153,272) | $ (1,573,630) |
| **Net Cash Flow** | $ 294,071 | $ 138,861 | $ 237,528 | $ (332,502) | $ 520,744 | $ 163,222 | $ 265,854 | $ (561,851) | $ 775,131 | $ 474,090 | $ 777,278 | $ (328,028) | 274,964 | $ 2,699,359 |
| *Cumulitive Net Cash Flow* | *294,071* | *432,931* | *670,459* | *337,957* | *858,701* | *1,021,923* | *1,287,777* | *725,926* | *1,501,057* | *1,975,146* | *2,752,424* | *2,424,396* | *2,699,359* | *2,699,359* |
| Beginning Cash | $ 225,562 | $ 519,633 | $ 658,494 | $ 896,022 | $ 563,520 | $ 1,084,264 | $ 1,247,485 | $ 1,513,339 | $ 951,488 | $ 1,726,619 | $ 2,200,709 | $ 2,977,986 | 2,649,958 | $ 225,562 |
| Net Cash Flow | 294,071 | 138,861 | 237,528 | (332,502) | 520,744 | 163,222 | 265,854 | (561,851) | 775,131 | 474,090 | 777,278 | (328,028) | 274,964 | 2,699,359 |
| **Ending Cash** | $ 519,633 | $ 658,494 | $ 896,022 | $ 563,520 | $ 1,084,264 | $ 1,247,485 | $ 1,513,339 | $ 951,488 | $ 1,726,619 | $ 2,200,709 | $ 2,977,986 | $ 2,649,958 | 2,924,922 | $ 2,924,922 |
| DIP Facility | | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| **Total Ending Cash Including DIP** | $ 519,633 | $ 1,658,494 | $ 1,896,022 | $ 1,563,520 | $ 2,084,264 | $ 2,247,485 | $ 2,513,339 | $ 1,951,488 | $ 2,726,619 | $ 3,200,709 | $ 3,977,986 | $ 3,649,958 | 3,924,922 | $ 3,924,922 |