# EXHIBIT "B"



**State of Utah**

SPENCER J. COX
*Governor*

DEIDRE M. HENDERSON
*Lieutenant Governor*

**Department of Natural Resources**
Division of Forestry, Fire & State Lands

JOEL FERRY
*Executive Director*

JAMIE BARNES
*Director/State Forester*

December 13, 2024

US Magnesium LLC c/o CT Corporation System
1108 E South Union Ave
Midvale, UT 84047

RE: Notice of Termination of Memorandum of Understanding Concerning Interim Royalty Agreement
for Lithium Carbonate Mining, Extraction and/or Production from Great Salt Lake

To whom it may concern:

This Notice of Termination serves to notify US Magnesium LLC ("US Magnesium") of the
termination of the Memorandum of Understanding between US Magnesium LLC and the Utah
Division of Forestry, Fire & State Lands (the "Division") Concerning Interim Royalty Agreement for
Lithium Carbonate Mining, Extraction and/or Production from the Great Salt Lake (the "MOU"), dated
October 24, 2019.

### 1. Termination

Under provision VII(H) of the MOU, the MOU remained in effect until October 15, 2024, at
which time the "formal rulemaking designating lithium carbonate as a royalty bearing substance,
including the applicable royalty rate and structure," occurred. US Magnesium did not enter into a
Lithium Carbonate Royalty Agreement with the Division at any point thereafter; therefore, the MOU is
no longer in effect.

### 2. Demand to Halt Mining, Extraction and/or Production of Lithium

The Division requires US Magnesium to obtain "a separate royalty agreement for extraction of"
lithium products because US Magnesium's existing agreements "do not expressly include the right to
extract" lithium. Utah Code 65A-6-4(2)(d). The MOU regarding lithium was entered into specifically
because lithium falls outside US Magnesium's existing ability to "harvest salts from the Great Salt
Lake to produce numerous commercially marketable materials, including magnesium chloride." *See*
MOU, page 1.



Page 2
December 13, 2024
Subject: Notice of Termination of Lithium Carbonate MOU

From October 15, 2024 to the date of this Notice, US Magnesium has not had a valid royalty agreement or other agreement for the mining, extraction, or production of lithium carbonate or other lithium products. Yet, US Magnesium has processed and produced lithium products between October 15, 2024 and the date of this Notice. In fact, on a Division site visit to US Magnesium on November 21, 2024, US Magnesium represented to the Division they were processing and producing lithium carbonate.

As a result, US Magnesium violated Utah law by producing lithium carbonate without the requisite agreement to do so.

Commensurate with this Notice, the Division hereby demands US Magnesium halt the mining, extraction and/or production of lithium carbonate or other lithium products.

Sincerely,

Jamie Barnes
Director, Division of Forestry, Fire & State Lands
1594 W North Temple, #3520
Salt Lake City, UT 84116