# EXHIBIT A

1101 WABASH DEVELOPMENT, LLC  -  JULY 2019



WABASH 11TH, LLC  - JULY 2019



PACIFIC TAI, LLC  - JULY 2019

