**EXHIBIT 1**

**(BUDGET)**

BY Hotel SPE-3 LLC
4 -Week Cash Collateral Budget
For Weeks Ended 03/14/2026 to 04/04/2026

| Week Ending | 3/14/2026 | 3/21/2026 | 3/28/2026 | 4/4/2026 | 4 Week Total |
|---|---|---|---|---|---|
| Week Num | 1 | 2 | 3 | 4 | |
| *Actual or Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | |
| **Sales** | | | | | |
| Room Revenue | $ 480,633 | $ 480,633 | $ 492,025 | $ 498,750 | $ 1,952,041 |
| Telephone Revenue | 14 | 14 | 14 | 14 | 56 |
| Other Revenue Including Parking | 31,337 | 31,337 | 32,490 | 34,027 | 129,191 |
| **Total Sales** | $ 511,984 | $ 511,984 | $ 524,529 | $ 532,791 | $ 2,081,289 |
| **Receipts** | | | | | |
| Credit Card and Cash Deposits | $ 595,615 | $ 595,615 | $ 610,141 | $ 619,574 | $ 2,420,944 |
| Restaurant Lease Income | - | - | - | 163,035 | 163,035 |
| **Total Receipts** | $ 595,615 | $ 595,615 | $ 610,141 | $ 782,608 | $ 2,583,979 |
| **Operating Disbursements** | | | | | |
| Payroll | $ - | $ (313,098) | $ - | $ (313,098) | $ (626,196) |
| Credit Card Fees | - | - | - | (86,088) | (86,088) |
| Vendors | (58,409) | (58,409) | (58,409) | (55,425) | (230,652) |
| Occupancy Tax | - | - | (14,850) | (44,550) | (59,400) |
| Sales Tax | - | - | (33,801) | (106,409) | (140,210) |
| Management Fee | - | - | - | - | - |
| Franchise Fee | - | - | (85,500) | (11,882) | (97,382) |
| Utilities | (21,083) | (17,842) | - | (58,576) | (97,501) |
| Insurance | - | - | - | (83,838) | (83,838) |
| CapEx | - | - | (20,000) | - | (20,000) |
| Contingency | (20,000) | (20,000) | (20,000) | (20,000) | (80,000) |
| **Total Operating Disbursments** | $ (99,492) | $ (409,349) | $ (232,560) | $ (779,867) | $ (1,521,268) |
| **Net Operating Cash** | $ 496,123 | $ 186,266 | $ 377,581 | $ 2,741 | $ 1,062,710 |
| **Non-Operating Disbursements** | | | | | |
| Adequate Protection | - | - | - | (153,272) | (153,272) |
| Utility Deposit | - | - | - | - | - |
| Restructuring Fees | (200,000) | - | - | - | (200,000) |
| US Trustee Fees | - | - | - | - | - |
| **Total Non-Operating Disbursements** | $ (200,000) | $ - | $ - | $ (153,272) | $ (353,272) |
| **Net Cash Flow** | $ 296,123 | $ 186,266 | $ 377,581 | $ (150,531) | $ 709,438 |
| *Cumalitive Net Cash Flow* | *296,123* | *482,388* | *859,969* | *709,438* | *709,438* |
| Beginning Cash | $ 225,562 | $ 521,685 | $ 707,951 | $ 1,085,532 | $ 225,562 |
| Net Cash Flow | 296,123 | 186,266 | 377,581 | (150,531) | 709,438 |
| **Ending Cash** | $ 521,685 | $ 707,951 | $ 1,085,532 | $ 935,001 | $ 935,001 |