# UNITED STATES DEPARTMENT OF JUSTICE
# OFFICE OF THE UNITED STATES TRUSTEE
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 25-11696 (BLS) |
| US MAGNESIUM LLC, | : | |
| | : | |
| | : | |
| Debtor. | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Kaiser Aluminum Corporation**, Attn: John Donnan, 1550 West McEwen Drive, Suite 500, Franklin, TN 37067, Phone: 629-252-7044, Email: jdonnan@kaiseraluminum.com

2. **Ameri-Source Specialty Products, Inc.,** Attn: Joshua Sawicki, 2901 Industrial Blvd., Bethel Park, PA 15102, Phone: 412-831-9400, Email: jsawicki@ameri-source.com

3. **Trinity Industries Leasing Company**, Attn: Joel Bailey, 14221 North Dallas Parkway, Suite 1100, Dallas, TX 75254, Phone: 214-589-6530, Email: Joel.Bailey@trin.net

4. **Sisecam Chemicals Resources LLC,** Attn: David H. Black, 400 Perimeter Center Ter NEW Ste 350, Atlanta, GA 30346, Phone: 770-375-2353, Email: dblack@sisecam.com

5. **Odin Environmental Solutions LLC,** Attn: Mary Coombe, 2901 Douglas Blvd, Ste 300, Roseville, CA 95661, Phone: 916-251-5500, Email: mcoombe@odienv.com

6. **Linde Inc.,** Attn: Jeffrey Weiss, 10 Riverview Dr, Danbury, CT 06810, Phone: 203-417-4968; Email: Jeffrey.weiss@linde.com

7. **Univar Solutions,** Attn: Sean Hutcheson, 6000 Parkwoodk Place, Dubin, OH 43016 Phone: 614-613-1369, Email: sean.hutcheson@univarsolutions.com

ANDREW R. VARA
United States Trustee, Region 3

 /s/ Jane M. Leamy
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: September 23, 2025

Attorney assigned to this Case: Jane Leamy, Esq., Phone: (302) 573-6491
Debtor's counsel: Michael Busenkell, Esq., Phone: (302) 425-5800