**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>US MAGNESIUM LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Dion W. Hayes of McGuireWoods LLP, to represent The Renco Group, Inc., in connection with the above-referenced case.

Dated: October 13, 2025

*/s/ Paige N. Topper*
Paige N. Topper (DE Bar No. 6470)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Email: paige.topper@saul.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Virginia, Maryland, and New York, and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Dion W. Hayes*
Dion W. Hayes
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1144
Email: dhayes@mcguirewoods.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.