# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| US MAGNESIUM LLC,[1] | Case No. 25-11696 (BLS) |
| Debtor. | |

### NOTICE OF THE RENCO GROUP, INC.'S INTENT TO OFFER WITNESS TESTIMONY AND EXHIBITS AT THE HEARING SCHEDULED FOR OCTOBER 16, 2025, AT 10:00 AM (ET)

The Renco Group, Inc. ("Renco Group") hereby submits this notice of intent to offer witness testimony and exhibits (the "Notice") in connection with the hearing on October 16, 2025, at 10:00 am (prevailing Eastern Time) in the above-captioned case.

The Renco Group reserves the right to call any witness designated by any other party, to introduce into evidence any documents or exhibits designated by any other party, to call rebuttal witnesses or introduce rebuttal evidence, and to further amend or supplement this witness list at or prior to the hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 5446.  The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116.

Dated: October 14, 2025          **SAUL EWING LLP**

By: */s/ Paige N. Topper*
Mark Minuti (DE No. 2659)
Paige N. Topper (DE No. 6470)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Email: mark.minuti@saul.com
       paige.topper@saul.com

and

Mark E. Freedlander
Frank J. Guadagnino
**McGUIREWOODS LLP**
Tower Two Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Email: mfreedlander@mcgurewoods.com
       fguadagnino@mcguirewoods.com

*Counsel for The Renco Group, Inc.*