## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>US MAGNESIUM LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 16, 2025 AT 10:00 AM (ET)**

---

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON.**

**ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.  PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-BRENDAN-L-SHANNON) AND THE COURT'S WEBSITE HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

**MATTERS GOING FORWARD:**

1. Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [D.I. 142; Filed October 5, 2025].

   Related Documents:

   A. Notice of Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [D.I. 151; Filed October 6, 2025].

   B. Notice Of Debtor's Intent to Offer Witness Testimony and Exhibits at The Hearing Scheduled For October 16, 2025, at 10:00 am (ET) [D.I. 195; Filed October 14, 2025].

---

[1] The last four digits of the Debtor's federal tax identification number are 5446.  The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116

[2] Amended items appear in **bold.**

**C. Notice of Intent of The Renco Group, Inc. to Offer Witness Testimony and Exhibits at the Hearing Scheduled for October 16, 2025, at 10:00 am (ET) [D.I. 197; Filed October 14 2025].**

**D. Reply in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [D.I. 204; Filed October 15, 2025].**

**E. Amended Notice Of Debtor's Intent to Offer Witness Testimony and Exhibits at The Hearing Scheduled For October 16, 2025, at 10:00 am (ET) [D.I. 205; Filed October 16, 2026].**

Objection/Response Deadline:  October 12, 2025 at 9:00 pm (ET). Reply deadline is 12:00 pm (ET) on October 15, 2025.

Responses Received:

i.    Utah Division of Forestry, Fire, and State Lands' Joinder in Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Converting the Debtor's Chapter 11 Case to a Case under Chapter 7 of the Bankruptcy Code [D.I. 186; Filed October 10, 2025].

ii.   Debtor's Opposition to The Motion of The Official Committee of Unsecured Creditors For Entry of an Order (I) Converting The Debtors Chapter 11 Case to a Case Under Chapter 7 of The Bankruptcy Code [D.I. 187; Filed October 12, 2025]

iii.  Declaration of Ron Thayer in Support of Response to Motion to Convert [D.I. 188; Filed October 12, 2025].

iv.   The United States' Response to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Converting the Debtors Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [D.I. 189; Filed October 12, 2025].

v.    Declaration of Annette Maxwell in Support of the United States Response to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Converting the Debtors Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [D.I. 190; Filed October 12, 2025].

vi.   Joinder of The Renco Group, Inc. and LiMag Holdings, LLC to the Debtor's Opposition to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [D.I. 193; Filed

October 12, 2025].

Status: This matter is going forward.

2.  Debtor's Motion For Interim and Final Orders (I) Authorizing The Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 10; Filed September 10, 2025].

Related Documents:

A.  Declaration of Ron Thayer in Support of First Day Motions [D.I. 4; Filed September 10, 2025]

B.  Declaration of J. Scott Victor in Support of Debtor's Motion For Interim and Final Orders (I) Authorizing The Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 11; Filed September 10, 2025].

C.  Certification of Counsel Regarding Motion For Interim and Final Orders (I) Authorizing The Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 31; Filed September 12, 2025].

D.  Interim Order (I) Authorizing The Debtor to (A) Obtain Postpetition Financing, and (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 32; Entered September 12, 2025].

E.  Omnibus Notice of Hearing With Respect to Final Approval of the First Day Motions [D.I. 35; Filed September 15, 2025].

F.  Notice Of Debtor's Intent to Offer Witness Testimony and Exhibits at The Hearing Scheduled For October 6, 2025, at 11:00 am (ET) [D.I. 117; Filed October 2, 2025].

G.  Notice of Filing Proposed Final Order (I) Authorizing The Debtor to (A) Obtain Postpetition Financing, and (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate

3

Protection; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 126; Filed October 2, 2025].

H.  First Stipulation of Facts Between Official Committee of Unsecured Creditors and Debtor [D.I. 128; Filed October 3, 2025].

I.  Debtor's Reply in Support Debtor's Motion For Interim and Final Orders (I) Authorizing The Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superiority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 138; Filed October 5, 2025].

J.  Debtor's Motion for Leave to File Late Reply [D.I. 139; Filed October 5, 2025].

K.  Reply of Lender in Support of the Motion of the Debtor for a Final Order Authorizing Post-Petition Financing and Granting Related Relief [D.I. 140; Filed October 5, 2025].

L.  Notice Of Debtor's Intent to Offer Witness Testimony and Exhibits at The Hearing Scheduled For October 16, 2025, at 10:00 am (ET) [D.I. 195; Filed October 14, 2025].

**M. Notice of Intent of The Renco Group, Inc. to Offer Witness Testimony and Exhibits at the Hearing Scheduled for October 16, 2025, at 10:00 am (ET) [D.I. 197; Filed October 14 2025].**

**N. Reply in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [D.I. 204; Filed October 15, 2025].**

**O. Amended Notice Of Debtor's Intent to Offer Witness Testimony and Exhibits at The Hearing Scheduled For October 16, 2025, at 10:00 am (ET) [D.I. 205; Filed October 16, 2026].**

Objection/Response Deadline:  September 29, 2025, at 4:00 pm (ET) with respect to final approval of the Motion. Extended to September 30, 2025 at 4:00 pm (ET) for Tooele County. Extended to October 2, 2025, at Noon for ATI Titanium LLC. Extended to October 2, 2025, at 4:00 pm (ET) for Forgen Corporation, the State of Utah, and US Trustee. Extended to October 4, 2025, for the Committee.

Responses Received:  Informal comments from the Committee, Forgen Corporation, Caterpillar Financial Services Corporation, and ATI Titanium LLC.

i.   Omnibus Limited Response of Tooele County to Debtors (I) Motion for Final Order Authorizing Debtor-In-Possession Financing and (II) Motion for Entry of an Order Approving Bidding Procedures and Stalking Horse Agreement [D.I. 99; Filed September 30, 2025].

ii.  Forgen, LLCs Omnibus Objection to the Debtors Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (iii) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief, and to the Debtors Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially all of the Debtors Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an auction and sale hearing, (d) approving procedures for the assumption and assignment of contracts and leases, and (e) Granting Related Relief and (II) an Order (A) Approving the Stalking Horse APA between the Debtor and the Stalking Horse Bidder, (B) Authorizing the Sale to the Stalking Horse Bidder or the Successful Bidder of Substantially all of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts And Leases, and (d) Granting Related Relief [D.I. 120; Filed October 2, 2025].

iii. Objection of Utah Division of Forestry, Fire and State Lands to Debtors Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (IV) Granting Related Relief [D.I. 121; Filed October 2, 2025].

iv.  Objection of the United States to Debtors Motion for Interim and Final Orders (I) Authorizing the Debtor to (a) Obtain Postpetition Financing, (b) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (c) Utilize Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 124; Filed October 2, 2025].

v.   Objection of ATI Titanium LLC to Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 129; Filed October 3, 2025].

      vi.    Omnibus Objection of The Official Committee of Unsecured Creditors to (1) Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (III) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief; and (2) Debtor's Motion for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving the Stalking Horse APA Between the Debtor and the Stalking Horse Bidder, (B) Authorizing the Sale to the Stalking Horse Bidder or the Successful Bidder of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 130; Filed October 3, 2025].

           Status:    The responses of Forgen Corporation, Caterpillar Financial Services Corporation, Tooele County and ATI Titanium LLC have been resolved. This matter is going forward with respect to the remaining responses.

3. Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtor's Assets, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving The Stalking Horse APA Between The Debtor and The Stalking Horse Bidder, (B) Authorizing The Sale to The Stalking Horse Bidder or The Successful Bidder of Substantially All of The Debtor's Assets Free and Clear Of Liens, Claims, Encumbrances, and Interests, (C) Authorizing The Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 41; Filed September 15, 2025].

           Related Documents:

      A.    Notice Of Debtor's Intent to Offer Witness Testimony and Exhibits at The Hearing Scheduled For October 6, 2025, at 11:00 am (ET) [D.I. 117; Filed October 2, 2025].

      B.    First Stipulation of Facts Between Official Committee of Unsecured Creditors and Debtor [D.I. 128; Filed October 3, 2025].

      C.    Notice Of Debtor's Intent to Offer Witness Testimony and Exhibits at The Hearing Scheduled For October 16, 2025, at 10:00 am (ET) [D.I. 195; Filed

October 14, 2025].

**D.   Notice of Intent of The Renco Group, Inc. to Offer Witness Testimony and Exhibits at the Hearing Scheduled for October 16, 2025, at 10:00 am (ET) [D.I. 197; Filed October 14 2025].**

**E.   Notice of Filing Revised Asset Purchase Agreement [D.I. 199; Filed October 14, 2025].**

**F.   Notice of Filing Business Plan [D.I. 200; Filed October 14, 2025].**

**G.   Reply in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [D.I. 204; Filed October 15, 2025].**

**H.   Amended Notice Of Debtor's Intent to Offer Witness Testimony and Exhibits at The Hearing Scheduled For October 16, 2025, at 10:00 am (ET) [D.I. 205; Filed October 16, 2026].**

Objection/Response Deadline:  September 29, 2025, at 4:00 pm (ET). Extended to September 30, 2025 at 4:00 pm (ET) for Tooele County. Extended to October 1, 2025 at 4:00 pm (ET) for the U.S. Trustee. Extended to October 2, 2025, at 4:00 pm (ET) for the State of Utah. Extended to October 4, 2025, for the Committee.

Responses Received:   Informal comments from the Committee and Forgen Corporation

   i.   Omnibus Limited Response of Tooele County to Debtors (I) Motion for Final Order Authorizing Debtor-In-Possession Financing and (II) Motion for Entry of an Order Approving Bidding Procedures and Stalking Horse Agreement [D.I. 99; Filed September 30, 2025].

   ii.   Objection of United States Trustee to Debtors Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With the Sale of Substantially all of the Debtors Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and a Sale Hearing, (D) Approving Procedures For the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief; and (II) an Order (A) Approving the Stalking Horse APA Between the Debtor and the Stalking Horse Bidder, (B) Authorizing the Sale to the Stalking Horse Bidder or the Successful Bidder of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, And Interests, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 105; Filed September 30, 2025].

iii.   Forgen, LLCs Omnibus Objection to the Debtors Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (Iii) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief, and to the Debtors Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially all of the Debtors Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an auction and sale hearing, (d) approving procedures for the assumption and assignment of contracts and leases, and (e) Granting Related Relief and (II) an Order (A) Approving the Stalking Horse APA between the Debtor and the Stalking Horse Bidder, (B) Authorizing the Sale to the Stalking Horse Bidder or the Successful Bidder of Substantially all of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts And Leases, and (d) Granting Related Relief [D.I. 120; Filed October 2, 2025].

iv.   Utah Division of Forestry, Fire and State Lands Objection to Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtors Assets, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving The Stalking Horse APA Between The Debtor and The Stalking Horse Bidder, (B) Authorizing The Sale to The Stalking Horse Bidder or The Successful Bidder of Substantially All of The Debtors Assets Free and Clear Of Liens, Claims, Encumbrances, and Interests, (C) Authorizing The Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 122; Filed October 2, 2025].

v.   Notice and Reservation of Rights of The United States, on Behalf of The Environmental Protection Agency to The Debtor's Bid Procedures Motion [D.I. 123; Filed October 2, 2025].

vi.   Omnibus Objection of  The Official Committee of Unsecured Creditors to (1) Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief; and (2) Debtor's Motion for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving

Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving the Stalking Horse APA Between the Debtor and the Stalking Horse Bidder, (B) Authorizing the Sale to the Stalking Horse Bidder or the Successful Bidder of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 130; Filed October 3, 2025].

Status:  This matter is going forward.

Dated: October 15, 2025

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Margaret M. Manning (DE 4183)
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
        mmanning@gsbblaw.com
        mvangorder@gsbblaw.com

*Counsel to the Debtor and Debtor-in-Possession*