# **<u>EXHIBIT B</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>US MAGNESIUM LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS)<br><br>Related to D.I. No. \_\_\_\_ |

## ORDER GRANTING EMERGENCY MOTION
## TO ADJOURN OCTOBER 16, 2025 HEARING

Upon the Motion (the "Motion") filed by the above-captioned debtor and debtor in possession (collectively, the "Debtor") seeking entry of an order adjourning the hearings on the Conversion Motion,[2] DIP Motion, and Bid Procedures Motion scheduled for October 16, 2025; and this Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Each of the Conversion Motion, DIP Motion, and Bid Procedures Motion are hereby adjourned to November 13, 2025 at _____.

3. Debtor is immediately authorized to obtain loans and advances from the DIP Lender in accordance with the Term Sheet and, to the extent not inconsistent with the Term Sheet, in accordance with the Interim DIP Order [Dkt. No. 32]

---

[1] The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.