# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>US MAGNESIUM LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS) |

### NOTICE OF SERVICE OF THE RENCO GROUP, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS & ESI TO UTAH FORESTRY, FIRE, & STATE LANDS

I, Paige N. Topper, hereby certify that on October 29, 2025, a true and correct copy of the following document was served via Electronic Mail on the parties on the attached Service List.

*The Renco Group, Inc.'s First Request for Production of Documents & ESI to Utah Forestry, Fire, & State Lands*

Dated: October 30, 2025         **SAUL EWING LLP**

By: */s/ Paige N. Topper*
Mark Minuti (DE No. 2659)
Paige N. Topper (DE No. 6470)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Email: mark.minuti@saul.com
          paige.topper@saul.com

and

Mark E. Freedlander
Frank J. Guadagnino
**McGUIREWOODS LLP**
Tower Two Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Email: mfreedlander@mcgurewoods.com
          fguadagnino@mcguirewoods.com

*Counsel for The Renco Group, Inc.*

---

[1] The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116.

**Service List**

George Hofmann, Esquire
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
ghofmann@ck.law

Garvan F. McDaniel, Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

Michael E. Begley, Esquire
Trevor C. Lang, Esquire
Connor Arrington, Esquire
Thomas Kessinger, Esquire
Office of the Utah Attorney General
1594 W. North Temple, #300
Salt Lake City, UT 84116
mbegley@agutah.gov
tclang@agutah.gov
carrington@agutah.gov
tkessinger@agutah.gov