**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>US MAGNESIUM LLC, [1]<br><br>       Debtor. | Chapter 11<br><br>Case No.  25-11696-BLS |

## SCHEDULES OF ASSETS AND LIABILITIES
## FOR US MAGNESIUM

---

[1]    The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| US MAGNESIUM LLC[1] | ) | Case No. 25-11696 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Southern District of New York (the "Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

Ron Thayer has signed each set of Schedules and Statements. Mr. Thayer serves as President and Member of Debtor US Magnesium LLC and is an authorized signatory for the Debtor in this chapter 11 case. In reviewing and signing the Schedules and Statements, Mr. Thayer has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and their legal and financial advisors. In light of the size and complexity of the Debtor's business, Mr. Thayer has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from the books and records that were available at the time of such preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtor and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements.

For the avoidance of doubt, the Debtor reserves its rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but expressly do not undertake any

---

[1]    The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: US Magnesium LLC (5446). The location of the Debtor's service address is: 238 N 2200 W, Salt Lake City, UT 84116

obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Court.

In no event shall the Debtor or their directors, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or their directors, officers, agents, attorneys, or financial advisors are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.    **Description of Cases.**  On September 10, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor is operating their business and managing their property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The information provided herein, except as otherwise noted, is reported as of the close of business on the Petition Date.

2.    **Global Notes Control.**  These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.    **Reservations and Limitations.**  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    (a)    **No Admission.**  Nothing contained in the Schedules and Statements is intended or should be construed as (i) an admission or stipulation of the validity of any claim against the Debtor or any assertion made therein or herein or (ii) a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

    (b)    **Recharacterization and Classifications.**  Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have

improperly characterized, classified, categorized, or designated certain items. The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

For the avoidance of doubt, listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

(c)     **Claims Description.**  Any failure to designate a claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by the Debtor.  The Debtor reserves all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(d)     **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

(e)     **Causes of Action.**  Despite reasonable efforts, the Debtor may not have identified all current and potential causes of action the Debtor may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtor reserves all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(f)     **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property rights should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have

not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(g)     **Insiders.**   In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.   Such individuals may no longer serve in such capacities.   In the interest of additional disclosure, the Debtor has also included certain individuals who may have officer titles in their responses to Statements, Part 13, Question 28.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtor, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtor, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

4.   **Methodology.**

(a)     **Basis of Presentation.**   The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

(b)     **Confidential Information.**   There may be instances in the Schedules and Statements where the Debtor deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Typically, the Debtor has used this approach because of a confidentiality agreement between the Debtor and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)     **Executory Contracts.**   The Debtor reserves all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite

the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

(d)    **Duplication.**  Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and prepetition payments once.

(e)    **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtor.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of September 9, 2025.  Market values may vary, sometimes materially, from net book values.  The Debtor believes that it would be an inefficient use of estate assets for the Debtor to obtain the current market values of their property and other assets.  Accordingly, the Debtor has indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset.

(f)    **Undetermined Amounts.**  The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(g)    **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(h)    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.  Accordingly, reported totals of $0.00 may include unknown or undetermined amounts.

(i)    **Property and Equipment.**  The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

(j)     **Allocation of Liabilities.**  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(k)     **Paid Claims.**  The Debtor has authority to pay certain outstanding prepetition payables pursuant to Court orders, including the *Final Order Authorizing the Debtor to Pay Certain Employee Compensation and Benefits* [Docket No. 158]. As such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on account of prepetition payables.  In some instances, the Debtor has the authority to pay a prepetition liability but that amount remains unpaid or is partially paid as of the filing of the Schedules.  In such cases, these amounts are marked as "contingent."  To the extent the Debtor later pays any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtor reserves all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest.

(l)     **Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may either (a) not reflect credits or other adjustments due from such creditors to the Debtor or (b) be net of accrued credits or other adjustments that are actually owed by a creditor to the Debtor on a postpetition basis on account of such credits or other adjustments earned from prepetition payments, if applicable.  The Debtor reserves all of its rights with regard to such credits or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such adjustments in the ordinary course of business on a postpetition basis.

(m)     **Guarantees and Other Secondary Liability Claims.**  The Debtor has exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor.  The Debtor may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue to review their books, records, and contractual agreements.  The Debtor reserve its rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

(n)     **Excluded Assets and Liabilities.**  The Debtor has potentially excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of

complying with the requirements of GAAP; certain intangibles; deferred revenue accounts; and certain accrued liabilities. Other immaterial assets and liabilities may also have been excluded.

(o) **Liens.** The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(p) **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(q) **Controlling Shareholders.** For purposes of the Schedules and Statements, the Debtor defines "controlling shareholders" to include entities that directly hold in excess of 20% of the voting shares. Entities listed as "controlling shareholders" have been included for informational purposes only. The Debtor does not take any position with respect to such entity's influence over the control of the Debtor or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

(r) **Setoffs.** The Debtor may incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, counterparty settlements, pricing discrepancies, credits, rebates, returns, refunds, and negotiations and/or disputes between the Debtor and its customers and/or suppliers. These normal, ordinary course setoffs and nettings are common to the industry. Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware and/or of which the Debtor has approved to effectuate in the claims process of their chapter 11 cases. The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

5. **Specific Schedules Disclosures.**

(a) **Schedule A/B, Parts 2, 3,7 and 8 – Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to (A) Continue to Operate Its Consolidated Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 9] (the "Cash Management Motion") and the final order of the Court granting the Cash Management Motion [Docket No. 174].

The Debtor's cash balances are as of September 9, 2025.

(b)    **Schedule A/B, Part 15 – Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 15, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(c)    **Schedule A/B, Part 19, 21 and 22 – Inventories.** Dollar amounts are presented at net book value on a historical average cost basis.

(d)    **Schedule A/B, Part 50 and 55 – Machinery, Equipment, Buildings, Land and Land Improvements.** Dollar amounts are presented at historical cost on a net book value basis.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.* In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers or potential warranty claims against their suppliers. Additionally, the Debtor may be party to pending litigation in which the Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. As of the petition date, the Debtor is pursuing an insurance claim of $56 million related to business interruption. As a result of the uncertain nature of the outcome, no accrual is reflected on its books as of September 9, 2025.

*Interests in Insurance Policies or Annuities.* A list of the Debtor's insurance policies and related information is available in the *Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to (i) Maintain, Continue and Renew Its Property, Liability and Other Insurance Policies and (ii) Honor All Obligations in Respect Thereof and (II) Granting Related Relief* [Docket No. 8]. The Debtor believes that there is little or no cash value to the vast majority of such insurance policies. Such policies have all been included on Schedule A/B 73, with values listed as "undetermined."

*Executory Contracts and Unexpired Leases.* Because of the large number of the Debtor's executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtor has not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G.

**Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the

characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

The Debtor has not included on Schedule D parties that may believe such claims are secured through setoff rights or inchoate statutory lien rights. Although there may be multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

(e)    **Schedule E/F – Creditors Who Have Unsecured Claims.**

*Part 1 – Creditors with Priority Unsecured Claims.* Pursuant to the *Final Order Authorizing the Debtor to Pay Certain Employee Compensation and Benefits* [Docket No. 158] (the "Final Wage Order"), the Debtor has been granted the authority to pay, in their discretion, certain wage and benefit liabilities that accrued prepetition. Accordingly, unsecured priority claims based upon prepetition wage and benefit accruals may have been satisfied pursuant to this Final Wage Order notwithstanding their listing on Schedule E.

To the extent the Debtor later satisfies any of the priority amounts listed on Schedule E, the Debtor reserves all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for such liabilities.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.

Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtor reserves its rights to dispute or challenge the validity or immunity from avoidance of any claim purported to be granted to a creditor listed on Schedule E/F. Moreover, although the Debtor has scheduled claims of various creditors, the Debtor reserves all rights to dispute or challenge any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

*Part 2 – Creditors with Nonpriority Unsecured Claims.* The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect

the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtor, the Debtor have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtor may have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtor reserves its rights, but undertake no obligations, to amend Schedules D and E/F if, or when, the Debtor receives such invoices.

**Schedule G – Executory Contracts and Unexpired Leases.** Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, in certain instances, executory contracts and unexpired leases may be omitted due to their confidential nature but can be made available to the office of the United States Trustee for the District of Delaware on a confidential basis.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of their business, such as

supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.  The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

**Schedule H – Co-Debtors.**  The Debtor has not listed any litigation-related co-Debtors on Schedule H.  Instead, all such listings can be found on Schedules E/F.

*      *      *      *      *

**Fill in this information to identify the case:**

Debtor name: **US Magnesium LLC**

United States Bankruptcy Court for the: **Delaware**

Case number: **25-11696**

☐ **Check if this is an amended filing**

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
　　Copy line 88 from Schedule A/B $0.00

1b. **Total personal property:**
　　Copy line 91A from Schedule A/B $14,020,083.69

1c. **Total of all property:**
　　Copy line 92 from Schedule A/B $14,020,083.69

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) $120,806,574.71
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
　　Copy the total claims from Part 1 from line 5a of Schedule E/F $84,880.63

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
　　Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F $195,430,859.68

**4. Total Liabilities** $316,322,315.02
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: US Magnesium LLC

United States Bankruptcy Court for the: Delaware

Case number: 25-11696

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $3,984.99 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Wells Fargo | Deferred Comp Deposit Account | 6860 | $1,267.97 |
| 3.2 Wells Fargo | Healthcare Benefit Deposit Account | 8503 | $239.07 |
| 3.3 Wells Fargo | Master Operating Account | 5742 | $95,552.06 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |
| **5. Total of Part 1** | | | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $101,044.09 |

## Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1  Cash Collateral - National Union Fire Insurance Company | $34,813.00 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1  Prepaid Insurance - Casualty - Starr | $24,476.13 |
| 8.2  Prepaid Insurance - D&O - Axis | $115,000.00 |
| 8.3  Prepaid Medical Claims - Aetna | $125,290.00 |
| 8.4  Professional Fee Retainer - Carl Marks | $27,739.15 |
| 8.5  Professional Fee Retainer - Gellert Seitz Busenkell & Brown | $100,000.00 |
| 8.6  Professional Fee Retainer - SSG Advisors, LLC | $50,000.00 |
| 8.7  Professional Fee Retainer - Stretto | $50,000.00 |
| 8.8  Professional Fee Retainer - Van Matre Law Firm | $1,985.00 |
| 8.9  Trade Prepayment - Davidson Sales & Engineering | $9,943.67 |
| 8.10  Trade Prepayment - DJ Welding | $66,806.52 |
| 8.11  Trade Prepayment - Hico, LLC | $87,860.00 |
| 8.12  Trade Prepayment - WHIP Performance Machine | $6,100.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | $700,013.47 |
|---|---|

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**11. Accounts receivable**

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $848,486.98 | − | | = ........ ➔ | $848,486.98 |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $496,796.23 | − | $30,000.00 | = ........ ➔ | $466,796.23 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | $1,315,283.21 |

---

**Part 4:  Investments**

---

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | |
|---|---|---|---|
| | None | | |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| 15.1 | | | | |
|---|---|---|---|---|
| | Skull Valley Water Group, LLC | 83.0% | None | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | |
|---|---|---|---|
| | None | | |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | $0.00 |

---

**Part 5:  Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

| 19.1 | | | | |
|---|---|---|---|---|
| | Brine, magnesium scrap and iron salts | Unknown | $9,266,535.91 | Average Cost | $9,266,535.91 |

**20. Work in progress**

20.1 _____ _____ _____ _____ _____

**21. Finished goods, including goods held for resale**

21.1 Lithium Carbonate                Unknown        $9,844,644.17      Net Book Value      Unknown

21.2 Magnesium                       Unknown        $3,881,000.40      Net Book Value      Unknown

**22. Other inventory or supplies**

22.1 Spare Part & Supplies           Unknown        $24,482,747.15     Net Book Value      Unknown

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | $9,266,535.91 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1   None | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1   None | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1   None | | | |

**31. Farm and fishing supplies, chemicals, and feed**

31.1    None

**32. Other farming and fishing-related property not already listed in Part 6**

32.1    None

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value    None    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1    Miscellaneous Office Furniture | None | Net Book Value | Unknown |
| **40. Office fixtures** | | | |
| 40.1    Miscellaneous Office Fixtures | None | Net Book Value | Unknown |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    Miscellaneous Office Equipment | None | Net Book Value | Unknown |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1    None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Transportation Equipment | $0.00 | Net Book Value | Unknown |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | | | |
| **49. Aircraft and accessories** | | | |
| 49.1 None | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Machinery & Equipment | $1,699,318.55 | Net Book Value | Unknown |
| 50.2 Construction in Process | $57,531,411.47 | Net Book Value | Unknown |
| 50.3 Lithium Equipment | $6,652,714.83 | Net Book Value | Unknown |
| 50.4 Leasehold Improvements | Fully Depreciated | Net Book Value | Unknown |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:   Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1** ALL OF SEC 3, T2N, R8W, SLB&M. (SEE STATE ASSESSED 98-000-0-0424) | Owned | $28,344,196.40 | Net Book Value | Unknown |
| **55.2** ALL OF SECTION 14, (SEE STATE ASSESSED 98-000-0-0424) 575.35 AC | Owned | | Net Book Value | Unknown |
| **55.3** LOTS 1,2,3,4,5,6 AND SW 1/4, S 1/2 SE 1/4, SEC 11, T2N, R8W, SLB&M. (SEE STATE ASSESSED 98-000-0-0424) 403.16 AC | Owned | | Net Book Value | Unknown |
| **55.4** ALL OF SEC 13, T2N,R8W (SEE STATE ASSESSED 98-000-0-0424) 13.92 AC | Owned | | Net Book Value | Unknown |
| **55.5** S 1/2 SEC 4, T2N,R8W, (SEE STATE ASSESSED 98-000-0-0424) 320.00 AC | Owned | | Net Book Value | Unknown |
| **55.6** LOT 1 SEC 12, T2N, R8W, SLB&M (SEE STATE ASSESSED 98-000-0-0424) 27.08 AC | Owned | | Net Book Value | Unknown |
| **55.7** ALL OF SEC 9, T2N, R8W, SLB&M, LESS/EXCEPTING 18.18 AC INCLUDED IN 4-19-6 (271156). BALANCE OF 4-19-3 AFTER 4-19-6 FOR 2007 YEAR, ---LESS 39.90 AC TO ATI TIT... | Owned | | Net Book Value | Unknown |
| **55.8** THAT PORTION OF THE S 1/2 SE 1/4 NOT IN ATI TITANIUM PUD, SEC 16, T2N, R8W, SLB&M. BALANCE OF 4-22-9 AFTER ATI TITANIUM PUD (16-39) AND 4-22-12 FOR 2008 YEAR... | Owned | | Net Book Value | Unknown |

| 55.9 | | | | | |
| | ALL OF SEC 15, T2N, R8W, SLB&M 640 ACRES. ---LESS 7.84 ACRES TO DESERT POWER PUD (707/841 170027) 632.16 ACRES ---LESS 108.86 AC INCLUDED IN 4-22-4. (271156)… | Owned | | Net Book Value | Unknown |

| 55.10 | | | | | |
| | W 1/2 & W 1/2 E 1/2 SEC 10, T2N, R8W, SLB&M; LESS/EXCEPTING 6.22 AC INCLUDED IN 4-19-8 (271156). BALANCE OF 4-19-4 AFTER 4-19-8 FOR 2008 YEAR. SEE STATE ASSE… | Owned | | Net Book Value | Unknown |

| 55.11 | | | | | |
| | NE 1/4 OF SEC 32, PLUS LOTS 1,2,3, & 4 OF SEC 32, T2N, R6W, SLB&M. (OUT OF MOD-27) 247.79 AC ( SEE STATE ASSESSED 98-000-0-0424) | Owned | | Net Book Value | Unknown |

| 55.12 | | | | | |
| | E 1/2 E 1/2 SEC 10, T2N, R8W, (SEE STATE ASSESSED 98-000-0-0424), 160.00 AC | Owned | | Net Book Value | Unknown |

| 55.13 | | | | | |
| | US MAGNESIUM LLC ACCOUNT ID: 12014993-010-PCA METALLIFEROUS MINING 04-018-0-0009, LAND ID #38300. SEC 32, T2N, R6W, 247.79 AC UTME, UTMN 370286, 4524954… | Owned | | Net Book Value | Unknown |

| 55.14 | | | | | |
| | ALL OF LOT 6, SECTION 9 T2N R6W SLB&M. SEE STATE ASSESSED 98-000-0-0424 | Owned | | Net Book Value | Unknown |

| 55.15 | | | | | |
| | LOT 1, DESERT POWER PLANNED UNIT DEVELOPMENT, A PUD OF TOOELE COUNTY. OUT OF 4-22-1 FOR 2002 YEAR. (SEE STATE ASSESSED 98-000-0-0424) 7.65 ACRES 12/06/2001 | Owned | | Net Book Value | Unknown |

| 55.16 | | | | | |
| | LOT 2, DESERT POWER PLANNED UNIT DEVELOPMENT, A PUD OF TOOELE COUNTY. OUT OF 4-22-1 FOR 2002 YEAR. 0.19 ACRES 12/06/2001 12/06/2001 | Owned | | Net Book Value | Unknown |

| 55.17 | | | | | |
| | THAT PORTION OF NW1/4NW1/4 NOT IN ATI TITANIUM PUD, SEC 16, T2N, R8W, SLB&M. BALANCE OF 4-22-9 AFTER 16-39-101 AND 4-22-11 FOR 2008 YEAR. (SEE STATE ASSESSE… | Owned | | Net Book Value | Unknown |

| 55.18 | | | | | |
| | Land Improvements | Owned | $370,207.89 | Net Book Value | Unknown |

| 55.19 | | | | | |
| | 238 North 2200 West, Salt Lake City, UT 84116 | Owned | $113,982.96 | Net Book Value | Unknown |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

**Part 10:   Intangibles and intellectual property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Trademark - "USMAG" - Serial #78139438 | $0.00 | None | Undetermined |
| 60.2 Trademark - "US MAGNESIUM" - Serial #78150310 | $0.00 | None | Undetermined |
| 60.3 Trademark - "USMAG" - Serial #90021553 | $0.00 | None | Undetermined |
| 60.4 Trademark - "MAGCORP" - Registration #2504669 | $0.00 | None | Undetermined |
| 60.5 Trademark - "MAGLOCK" - Registration #2150169 | $0.00 | None | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 usmagnesium.com | $0.00 | Net Book Value | Unknown |
| 61.2 usmagnesium.net | $0.00 | Net Book Value | Unknown |
| 61.3 usmagnesium.biz | $0.00 | Net Book Value | Unknown |
| 61.4 usmagnesium.info | $0.00 | Net Book Value | Unknown |
| 61.5 usmagnesium.org | $0.00 | Net Book Value | Unknown |
| 61.6 usmagnesium.online | $0.00 | Net Book Value | Unknown |
| 61.7 usmagnesium.site | $0.00 | Net Book Value | Unknown |

| | | | |
|---|---|---|---|
| 61.8 | usmagnesium.us | $0.00 | Net Book Value | Unknown |
| 61.9 | usmagnesiumllc.biz | $0.00 | Net Book Value | Unknown |
| 61.10 | usmagnesiumllc.com | $0.00 | Net Book Value | Unknown |
| 61.11 | usmagnesiumslc.biz | $0.00 | Net Book Value | Unknown |

**62. Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| 62.1 | None | | | |

**63. Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| 63.1 | None | | | |

**64. Other intangibles, or intellectual property**

| | | | |
|---|---|---|---|
| 64.1 | None | | | |

**65. Goodwill**

| | | | |
|---|---|---|---|
| 65.1 | None | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**
Description (include name of obligor)

| 71.1 | None | | | |
|---|---|---|---|---|
| | | total face amount | - doubtful or uncollectible amount | = ➜ | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1    None                                                                    Tax year

**73. Interests in insurance policies or annuities**

73.1    Sompo International - Cargo Stock Thru-Put - Policy No. OMC3004637210128                    Unknown

73.2    Axis Insurance Company - D& O Insurance - Policy No. P-001-001447643-01                     Unknown

73.3    The Continental Insurance Company - International Package Policy - Policy No. PST 29 591     Unknown
        2167

73.4    Starr Indemnity & Liability Insurance Company - Pollution Liability - Policy No.            Unknown
        1000067690241

73.5    Starr Indemnity & Liability Insurance Company - General Liability - Policy No.              Unknown
        1000090605241

73.6    Starr Indemnity & Liability Insurance Company - Auto Liability and Auto Physical Damage -   Unknown
        Policy No. 10000636038241

73.7    Starr Indemnity & Liability Insurance Company - Workers Compensation (UT) - Policy No.      Unknown
        100000104313242

73.8    Starr Indemnity & Liability Insurance Company - Excess Umbrella Liability - Policy No.      Unknown
        1000095470241

73.9    Westchester Surplus Lines Insurance Company - Property - Policy No. NNF 18570294 001        Unknown

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1    Ace Insurance Company                                                                       Unknown

Nature of Claim    Business Interruption

Amount requested                              $56,000,000.00

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1    None

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1    None

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1    Over-Funded Pension Liabilities                                                            $2,637,207.01

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$2,637,207.01

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $101,044.09 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $700,013.47 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $1,315,283.21 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $9,266,535.91 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | → | $0.00 |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $2,637,207.01 | |
| **91. Total. Add lines 80 through 90 for each column**  91a. | $14,020,083.69 | 91b.  $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

$14,020,083.69

**Fill in this information to identify the case:**

Debtor name: US Magnesium LLC

United States Bankruptcy Court for the: Delaware

Case number: 25-11696

☐ **Check if this is an amended filing**

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:**    List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.1

Wells Fargo Bank, National Association
c/o Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801

**Describe debtor's property that is subject to the lien:**
All Assets other than Owned Real Estate

$40,531,292.88    Undetermined

**Date debt was incurred?**
06/24/2002

**Describe the lien**
Senior Secured Revolving Credit Facility

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Wells Fargo Bank, National
Association
c/o Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801

**Date debt was incurred?**
12/16/2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Assets other than Owned Real Estate

**Describe the lien**
Senior Secured Term Loan C

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,817,052.50    Undetermined

**2.3**

Renco Global Capital, Inc.
c/o McGuire Woods
Attn: Mark Freedlander & Frank
Guadagnino
260 Forbes Avenue, Suite 1800
Tower Two-Sixty
Pittsburgh, PA 15222-3142

**Date debt was incurred?**
Various

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Assets other than Owned Real Estate

**Describe the lien**
Subordinated Junior Lien

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$45,879,207.56    Undetermined

**2.4**

The Renco Group, Inc.
One Rockefeller Plaza
29Th Floor
New York, NY 10020

**Date debt was incurred?**
Aug/Sept 2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Assets other than Owned Real Estate

**Describe the lien**
Subordinated Junior Lien

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $1,066,925.89 | Undetermined |

**2.5**

Tooele County
47 South Main Street
Tooele, UT 84074

**Date debt was incurred?**
2020 - 2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Real Property Parcel 98-000-0-0424

**Describe the lien**
Tax Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

| | |
|---|---|
| $6,690,507.88 | Undetermined |

**2.6**

Wells Fargo Bank, National Association
c/o Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801

**Date debt was incurred?**
09/20/2002

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Assets other than Owned Real Estate

**Describe the lien**
Letter of Credit - Utah Div of Oil, Gas & Mining

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$421,588.00    Undetermined

**2.7**

Wells Fargo Bank, National Association
c/o Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801

**Date debt was incurred?**
10/17/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Assets other than Owned Real Estate

**Describe the lien**
Letter of Credit - Starr Specialty Insurance

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$400,000.00    Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$120,806,574.71

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3.1** Wells Fargo Bank, National Association c/o Otterbourg P.C. Attn: Jonathan Helfat, Matthew Miller, Daniel F. Fiorillo, & Matthew Breen 230 Park Avenue New York, NY 10169-0075 | 2.1 | |
| **3.2** The Renco Group, Inc. c/o McGuireWoods LLP Attn: Mark E. Freedlander, Frank J. Guadagnino Tower Two Sixty 260 Forbes Ave, Ste 1800 Pittsburgh, PA 15222 | 2.4 | |
| **3.3** The Renco Group, Inc. c/o Saul Ewing LLP Attn: Mark Minuti, Paige N. Topper 1201 North Market St, Ste 2300 PO Box 1266 Wilmington, DE 19899 | 2.4 | |
| **3.4** Tooele County c/o Cooch and Taylor, P.A Attn: R. Grant Dick IV, Kevin D. Levitsky 1000 N. West St., Suite 1500 Wilmington, DE 19801 | 2.5 | |
| **3.5** Tooele County c/o Foley & Lardner, LLP Attn: Mark J. Wolfson 100 North Tampa Street, Suite 2700 Tampa, FL 33609 | 2.5 | |
| **3.6** Tooele County c/o Foley & Lardner, LLP Attn: Ellen E. Ostrow 95 S State Street Suite 2500 Salt Lake City, UT 84111 | 2.5 | |

**Fill in this information to identify the case:**

Debtor name: US Magnesium LLC

United States Bankruptcy Court for the: Delaware

Case number: 25-11696

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Alex Lopez
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,331.56    Priority amount: $2,331.56

**2.2**

Andy Silva
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,527.63    Priority amount: $4,527.63

**2.3**

Cody Hadfield
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,263.63          $2,263.63

**2.4**

Connor Ware
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,157.54          $2,157.54

**2.5**

Debe Ashton
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,803.40          $2,803.40

### 2.6

Erin Owen
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,481.47          $2,481.47

### 2.7

Levi Sheffield
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,233.15          $4,233.15

### 2.8

Lori Brewer
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,492.29          $2,492.29

2.9

Luke Thompson
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,797.56                    $3,797.56

2.10

Marijanka Savic
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,531.70                    $2,531.70

2.11

Mark Reynolds
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,705.70                    $4,705.70

2.12

Marshael Tripp
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,531.70          $2,531.70

2.13

Martin Davis
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,429.94          $4,429.94

2.14

Paula Chu
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,496.22          $6,496.22

2.15

Ray Bassani
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,435.05                    $5,435.05

---

2.16

Robert C Stringfellow
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,987.15                    $2,987.15

---

2.17

Ron Thayer
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,802.47                    $12,802.47

2.18

Shane Gailey
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,551.74          $2,551.74

---

2.19

Shokoofeh Alehashem
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,491.49          $3,491.49

---

2.20

Troy Allison
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,531.70          $2,531.70

2.21

Troy Sullivan
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$4,495.41          $4,495.41

---

2.22

Walt Hansen
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,802.13          $2,802.13

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

A & H Sign & Tape Co.
188 West 2950 South
Salt Lake City, UT 84115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$619.57

**3.2**

A-1 Exterminators
219 W 4860 S
Murray, UT 84107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $14,274.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.3**

ACE American Insurance
436 Walnut Street
Philadelphia, PA 19106

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.4**

AGI Industries
PO Box 4318
Houston, TX 77210-4318

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10,388.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.5**

Ahern Rentals Inc
PO Box 271393
Las Vegas, NV 89127

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $99,669.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.6**

Alarm Controls Systems, Inc.
2166 South 900 East
Salt Lake City, UT 84106

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,191.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.7**

All Filters LLC
2256 S 1250 W
Woods Cross, UT 84087

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $797.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.8**

Alltranstek, LLC
1101 West 31St Street
Suite 200
Downers Grove, IL 60515

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $36,879.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.9**

Alpha Communications
1202 South 300 West
Salt Lake City, UT 84101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6,918.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.10**

Alumasteel Manufacturing Co.
PO Box 25896
Salt Lake City, UT 84125

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$141,275.00

**3.11**

Alyssa Leanne Horne, Individually and as Representative of the Estate of Robert John Self
c/o Roland Christensen
Arnold & Itken LLP
6009 Memorial Drive
Houston, TX 77007

**Date or dates debt was incurred**
03/04/2024

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.12**

Amalgamated Research LLC
PO Box 228
Twin Falls, ID 83303-0228

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,420.00

**3.13**

Amazon Capital Services, Inc
PO Box 035184
Seattle, WA 98124-5184

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,058.94

**3.14**

Ambrose Technical Sales
2177 S 390 W
Heber, UT 84032

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,060.00

---

**3.15**

Ameri-Source Specialty Products
Attn: Ajay Goel
5372 Enterprise Blvd.
Bethel Park, PA 15102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$526,399.02

---

**3.16**

American Equipment Inc.
310 E 4500 S
Ste 320
Salt Lake Cty, UT 84107-4306

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$694.42

---

**3.17**

Anixter Salt Lake
PO Box 847428
Dallas, TX 75284-7428

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,216.02

**3.18**

Applied Control Equipment LLLP
Attn: Andrea Kewley
13705 Compark Blvd
Englewood, CO 80112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,803.00

**3.19**

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,640.82

**3.20**

APX
PO Box 24133
New York, NY 10087-4133

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00

**3.21**

AQS, Inc.
2112 Deer Run Drive
South Weber, UT 84405

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,440.00

**3.22**

Arnold Machinery
PO Box 30020
Salt Lake City, UT 84130-0020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.23**

Arnold Machinery Co
PO Box 30020
Salt Lake City, UT 84130-0020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$62,772.80

**3.24**

AW Chesterton Co
860 Salem St
Groveland, MA 01834

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,366.00

**3.25**

Baleen Process Solutions, LLC
22215 Prats Dairy Road
Abita Springs, LA 70420

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,584.41

**3.26**

Barney Trucking
235 South Sr24
Salina, UT 84624

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4,417.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.27**

BDI-Salt Lake City
PO Box 17947
Denver, CO 80217-0947

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $60,664.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.28**

Big City Rebuild and Repair
395 S Stagecoach Lane
Grantsville, UT 84029

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $13,346.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.29**

Blank Rome LLP
Attn: Martin Krezalek
One Logan Square
Philadelphia, PA 19103-6998

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $427,965.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.30**

Bluefin Office Group
PO Box 65382
Salt Lake City, UT 84059-0382

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,419.30

---

**3.31**

Bowers Industrial Supply
7681 S. 5280 W.
West Jordan, UT 84081

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$491.64

---

**3.32**

Brenntag Pacific, Inc.
File #2674
Los Angeles, CA 90074-2674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$212,516.72

---

**3.33**

Brody Chemical
6125 W Double Eagle Circle
Salt Lake City, UT 84118

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,306.24

**3.34**

Broken Arrow Inc.
PO Box 580
Tooele, UT 84074

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $217,037.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.35**

Burbidge Mitchell & Gross
215 S State Street
Suite 920
Salt Lake Cuty, UT 84111

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,346,162.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.36**

Cadwalader Wickersham & Taft
General Post Office
PO Box 5929
New York, NY 10087-5929

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $255,200.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.37**

Cargill
15407 Mcginty Road West, Ms 26
Wayzata, MN 55391-2365

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,299,016.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.38**

Carman Sealing
2702 South 3600 West
Suite D
West Valley City, UT 84119

**Date or dates debt was incurred**
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,433.66

---

**3.39**

Carrier Corporation
PO Box 93844
Chicago, IL 60673-3844

**Date or dates debt was incurred**
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,947.60

---

**3.40**

Caterpillar Financial Services
PO Box 100647
Pasadena, CA 91189-0647

**Date or dates debt was incurred**
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$31,418.03

---

**3.41**

Cci Mechanical Service
PO Box 25788
Salt Lake City, UT 84125

**Date or dates debt was incurred**
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$422.00

**3.42**

Cerium Laboratories
5204 E Ben White Blvd
Austin, TX 78741

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,920.00

**3.43**

Certified Fire Protection, Inc
3140 So. 460 West
Salt Lake City, UT 84115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,760.00

**3.44**

Chemtrec
2900 Fairview Park Dr, Suite 301
Falls Church, VA 22042-4513

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,500.00

**3.45**

Christy Catalytics, LLC.
PO Box 6167
Carol Stream, IL 60197-6167

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,809.81

**3.46**

CJ Trucking & Excavating LLC
587 East Durfee Street
Grantsville, UT 84029

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $3,795.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.47**

Clear Edge Filtration Inc
7160 Northland Circle
Minneapolis, MN 55428

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $2,520.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.48**

Clearfield Sales & Roofing Equipment Inc
372 S Main Street
Clearfield, UT 84015

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $211,544.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.49**

Codale Electric Supply
PO Box 740525
Los Angeles, CA 90074-0525

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $13,863.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.50**

Cole-Parmer
13927 Collections Center Drive
Chicago, IL 60693-0139

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,216.91

**3.51**

Columbus Secure Shredding
3495 South West Temple
Salt Lake City, UT 84115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$86.00

**3.52**

Comfort Systems USA
2035 South Mile Stone Dr.
Salt Lake City, UT 84104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,096.80

**3.53**

Compositech
PO Box 2673
Pearland, TX 77588-2673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,916.68

3.54

Construction Truck and Trailer
4475 W 2100 S
West Valley City, UT 84120

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,000.00

---

3.55

Corvel Corporation
PO Box 843586
Los Angeles, CA 90084-3586

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,790.26

---

3.56

Coyote Logistics LLC
960 North Point Parkway Ste 150
Alpharetta, GA 30005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,962.20

---

3.57

CR2 Services
1392 Turf Farm Way #364
Payson, UT 84651

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,936.37

**3.58**

Critical Rental Solutions
1314 W Sam Houston Pkwy N
Houston, TX 77043

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $315,327.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.59**

Crus Oil Inc.
PO Box 65438
Salt Lake City, UT 84165

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,886.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.60**

CSESCO Inc.
PO Box 540417
North Salt Lake, UT 84054

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,877.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.61**

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,494.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.62**

Cummins Rocky Mountain LLC
PO Box 912138
Denver, CO 80291-2138

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $127.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**

Current Systems Integration
3114 South 3075 East
Salt Lake City, UT 84109

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $24,455.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64**

Currenttechnologies Inc.
1970 W Franklin Rd
Meridian, ID 83642

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $2,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.65**

Dillon Toyota-Lift
1117 E. Plaza Dr. Ste G
Eagle, ID 83616

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $9,862.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**

Distribution Int.
PO Box 840894
Dallas, TX 75284-0894

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,620.60

**3.67**

Diversified Metal Services Inc
PO Box 26613
Salt Lake City, UT 84126

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,210.00

**3.68**

Dixon Security Cameras
3767 South Secord Street
Salt Lake City, UT 84115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,174.15

**3.69**

DJ Welding
337 East Durfee
Grantsville, UT 84029

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$38,583.15

3.70

Doosan Turbomachinery Services Inc dba Act Independent Turbo
Services, Inc.
12000 North P Street
La Porte, TX 77571

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $54,210.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.71

Double D Bolt
c/o Double D Bolt
1165 North 1565 West
Orem, UT 84057

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $23,607.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.72

Ecco Equipment Company LLC
PO Box 51379
Los Angeles, CA 90051-5679

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $15,630.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.73

Eggelhof Inc.
PO Box 4346
Dept 171
Houston, TX 77210-4346

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $2,566.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.74

Enbridge Gas
333 South State Street
Salt Lake City, UT 84111

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,861.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.75

Energy Consortium Industries Inc
PO Box 160011
Clearfield, UT 84016

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7,525.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.76

Energy Management Corp
501 West 700 South
Salt Lake City, UT 84101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $44,827.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.77

Energy West Controls
PO Box 27517
Salt Lake City, UT 84127-0517

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $17,172.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.78**

Environmental Resource
c/o Associates, Inc.
16341 Table Mountain Parkway
Golden, CO 80403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $1,573.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.79**

Environmental Resources Management, Inc
PO Box 79437
City Of Industry, CA 91716-9437

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $35,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.80**

Envirotech
PO Box 5512
Denver, CO 80217

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $39,031.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Overpayment

**Is the claim subject to offset?**
☐ No

☑ Yes

**3.81**

Equipmentshare.Com Inc
5710 Bull Run Drive
Columbia, MO 65201

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $401,001.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.82

Equipmenyshare.com, Inc
5710 Bull Run Drive
Columbia, MO 65201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

### 3.83

Eye Health Professionals
88 E 700 N Suite A
Tooele, UT 84074

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$435.06

### 3.84

Fisher Scientific
13551 Collections Ctr Dr
Acct #020716-002
Chicago, IL 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,249.74

### 3.85

Five Peak
PO Box 1865
Roosevelt, UT 84066

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.86**

Five Peak Inc
PO Box 1865
Roosevelt, UT 84066

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $681,454.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.87**

Flagstar Financial & Leasing, LLC
PO Box 71278
Philadelphia, PA 19176-6278

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10,026.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.88**

Flowserve US Inc.
PO Box 98325
Chicago, IL 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,795.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.89**

Fogler, O'Neil & Gray, LLP
909 Fannin St
Suite 1640
Houston, TX 77010

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $197,357.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.90**

For-Shor Co.
4446 West 1730 South
Salt Lake City, UT 84104

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $216.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.91**

Forgen, LLC
Attn: George Little
6020 W Oaks Blvd Suite 220
Rocklin, CA 95765

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6,082,336.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.92**

Forgen, LLC
Attn: George Little
6020 W Oaks Blvd Suite 220
Rocklin, CA 95765

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.93**

Fusjon Fiberglass
837 East 390 North
Tooele, UT 84074

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.94**

Gardner Denver Nash LLC
PO Box 952453
St Louis, MO 63195-2453

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $209,769.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.95**

GATX
3454 Solutions Center
Chicago, IL 60677-3004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $131,272.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.96**

GATX Corporation
3454 Solutions Center
Chicago, IL 60677-3004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.97**

Generation 2 Materials Technology, LLC
PO Box 25292
Houston, TX 77265

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $5,925.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.98**

Geneva Hydraulics Inc
PO Box 933
Orem, UT 84057

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$37,242.09

---

**3.99**

Glass Expansion
31 Jonathan Bourne Drive, Unit 7
Pocasset, MA 02559

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,062.00

---

**3.100**

Global Industrial Equipment
29833 Network Pl
Chicago, IL 60673-1298

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,096.03

---

**3.101**

Gnarus Advisors LLC
2029 Century Park East, Suite 1080
Los Angeles, CA 90067

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$45,306.25

3.102

Grating Systems Inc.
3005 South Scott Lane
West Haven, UT 84401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,471.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.103

Guardian Chemicals
155-55202 Sh 825
Sturgeon County, AB T8L5C1
Canada

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $9,884.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.104

Gustave A. Larson Co.
835 West 2600 South
Salt Lake City, UT 84119

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $15,781.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.105

H & E Equipment Services LLC
PO Box 849850
Dallas, TX 75284-9850

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $100,788.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.106

Harrison Fire Services LLC
581 North 660 West
West Bountiful, UT 84087

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,640.00

### 3.107

Hill Brothers Chemical Company
3000 E Birch St Ste 108
Brea, CA 92821-6261

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,503.20

### 3.108

Holbrook Servco, LP
1580 South Pioneer Road
Salt Lake City, UT 84104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,815.00

### 3.109

Hose & Rubber Supply
PO Box 158
Randolf, UT 84064

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,070.83

**3.110**

Howe Rental & Sales
4235 S 500 W
Murray, UT 84123

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,769.15

**3.111**

Hyland Software, Inc
28105 Clemens Road
Westlake, OH 44145

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,792.85

**3.112**

I.T. Now, Inc.
8763 Sandy Parkway
Sandy, UT 84070

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,335.30

**3.113**

IBAT
5847 San Felipe, Suite 1925
Houston, TX 77057

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$65,489.53

**3.114**

ICM Solutions LLC
Lb 1065
PO Box 35143
Seattle, WA 98124-5143

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$45,897.21

**3.115**

Indeck Power Equipment Co.
Attn: Alan Langsam
1111 Willis Avenue
Wheeling, IL 60090

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.116**

Indeck Power Equipment Company
Attn: Alan Langsam
1111 Willis Avenue
Wheeling, IL 60090

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$359,448.82

**3.117**

Industrial Fluoro-Plastic
9328 S. Hawley Park Road
West Jordan, UT 84081-5640

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$149.54

**3.118**

Industrial Kiln & Dryer Group
PO Box 436089
Louisville, KY 40243

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11,159.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.119**

Industrial Piping Products Inc
PO Box 27395
Salt Lake City, UT 84127-0395

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $113,556.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.120**

Industrial Supply Co Inc
PO Box 30600
Salt Lake City, UT 84130

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $254,924.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.121**

Industrial Supply Co.
PO Box 30600
Salt Lake City, UT 84130

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.122**

Infor (US) Inc
PO Box 847798
Los Angeles, CA 90084-7798

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $117,710.46
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.123**

Insightsoftware LLC
PO Box 200386
Pittsburgh, PA 15251

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $1,332.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.124**

Intellivex
1042 E Fort Union Blvd Pmb# 401
Midvale, UT 84047

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $7,655.39
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.125**

Intermountain Consumer Professional Engi
1145 East South Union Avenue
Midvale, UT 84047

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $346,050.45
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.126**

Intermountain Golf Cars
9115 South 700 East
Sandy, UT 84070

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11,290.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.127**

Intermountain Sweeper Co.
6972 Airport Road
West Jordan, UT 84084

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7,507.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.128**

Intermountain Technical Solution Inc.
PO Box 933
Tooele, UT 84074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.129**

Ion Econimics LLC
2021 L Street Nw, Suite 101, Pmb297
Washington, DC 20036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $150,601.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.130**

IPM Compressors, LLC
3331 S 300 W
Salt Lake City, UT 84115

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $99,653.39
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.131**

J M C Instruments Inc.
1755 West Sequoia Vista Circle
Building 3-H
Salt Lake City, UT 84104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,187.26
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.132**

Jay's Service & Hale Oil
PO Box 538
Grantsville, UT 84029

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $990.13
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.133**

Johnson Controls Security Solutions
PO Box 371967
Pittsburgh, PA 15250-7967

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,581.01
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.134**

Kaeser Compressors, Inc
PO Box 946
Fredericksburg, VA 22404

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,246.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135**

Kaiser Aluminum Warrick
27422 Portola Parkway, Suite 200
Foothill Ranch, CA 92610-2831

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $67,863,406.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Judgement

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136**

Kaitlyn Summers, Individually
c/o Roland Christensen
Arnold & Itken LLP
6009 Memorial Drive
Houston, TX 77007

**Date or dates debt was incurred**
03/04/2024

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.137**

Kenco Logistics Of Utah
c/o Kenco Logistic Services, Llc
PO Box 102881
Atlanta, GA 30368

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,042.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.138**

King & Spalding
PO Box 116133
Atlanta, GA 30368-6133

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

$258,416.29

---

**3.139**

Labcon North America
3700 Lakeville Hwy Ste 200
Petaluma, CA 94954

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,434.95

---

**3.140**

Lamons
PO Box 654340
Dallas, TX 75265-4340

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,974.37

---

**3.141**

Latech Equipment
1950 South 900 West
Suite S7
Salt Lake City, UT 84104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$40,723.58

**3.142**

Lawn Butler Holdings, LLC
487 N Main St
Ste C
Kaysville, UT 84037-1115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,313.60

---

**3.143**

Lawton Metal Supply
14 Eastmoor Dr
Grantsville, UT 84029

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,122.45

---

**3.144**

Linde Gas & Equipment Inc
Dept 0812
PO Box 120812
Dallas, TX 75312-0812

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,351.47

---

**3.145**

Linde Inc
Attn: Jeffrey Weiss
PO Box 91385
Chicago, IL 60693-1385

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.146**

Linde Inc.
Attn: Jeffrey Weiss
PO Box 91385
Chicago, IL 60693-1385

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$597,925.35

**3.147**

Mammoth Machinery
Attn: Ken Allen
205 S 1200 W
North Salt Lake, UT 84054

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$923,498.04

**3.148**

Mammoth Machinery
Attn: Ken Allen
205 S 1200 W
North Salt Lake, UT 84054

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.149**

Marsh USA
PO Box 846015
Dallas, TX 75284-6015

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insurance Services

**Is the claim subject to offset?**
☑ No

☐ Yes

$58,089.11

3.150

Meldrum Scale Company
541 West 9560 South
Sandy, UT 84070

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $7,555.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.151

Mersen
PO Box 7247-6387
Philadelphia, PA 19170-6387

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $53,535.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.152

Mettler Toledo
23669 Network Place
Chicago, IL 60673-1236

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $35,061.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.153

Michael Edmonds
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $626,649.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.154

Micronics Engineered Filtration Group
1201 Riverfront Parkway, Suite A
Chattanooga, TN 37402

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$32,724.77

3.155

Mid-America Filter & Equip Co
PO Box 5126
Evansville, IN 47715

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,564.98

3.156

Mine & Industrial Equip
3440 S 700 W
Salt Lake City, UT 84119

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,683.57

3.157

Monitoring Solutions
4404 Guion Road
Indianapolis, IN 46254

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$29,139.90

**3.158**

Mountain West Pipe and Supply
3001 South 300 West
Salt Lake City, UT 84115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,515.18

**3.159**

MRG Industries dba Howe Rental & Sales
4235 S 500 W
Murray, UT 84123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.160**

NACM Business Credit Services
5710 S Green Street
Murray, UT 84123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$420.00

**3.161**

Nationwide Boiler
42400 Christy Street
Fremont, CA 94538

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$138,572.87

**3.162**

Newark
33190 Collection Center Drive
Chicago, IL 60693-0331

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $842.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.163**

Nickerson Company, Inc.
PO Box 25425
Salt Lake City, UT 84125

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $39,111.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.164**

NORCO
PO Box 413124
Salt Lake City, UT 84141-3124

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $16,191.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.165**

NSF International
Attn: Accounts Receivable
789 N Dixboro Rd
Ann Arbor, MI 48105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $3,050.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.166**

Odin Construction Solutions
4740 Rocklin Road
Rocklin, CA 95677

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,062,637.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.167**

Odin Environmental Solutions
Attn: Mary Coombe
2901 Douglas Blvd, Ste 300
Roseville, CA 95661

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.168**

Optimal Air Testing Services, Inc.
9971 Landmark Lane
Casper, WY 82604

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.169**

Optum Bank
PO Box 84019
Chicago, IL 60689-4019

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $49.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.170**

Ossine Shoes
7576 South Redwood Road
West Jordan, UT 84084

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      $67,581.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.171**

Pacific West Systems, Inc.
PO Box 807
Mentone, CA 92359

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      $23,032.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.172**

Pacificorp
PO Box 5504
Portland, OR 97228-5504

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      $192,369.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.173**

Pallet Express
2249 South 2700 West
West Valley City, UT 84119

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      $44,184.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.174**

Parsons, Behle & Latimer
PO Box 45898
Salt Lake City, UT 84145-0898

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $400,458.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Legal Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.175**

Parts Engineering Co.
314 Fee Fee Road
Maryland Heights, MO 63043

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $10,631.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.176**

Patmos Real Estate LLC
PO Box 1891
Silverthorne, CO 80498

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $864.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.177**

Paula Chu
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $15,141.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.178

Perpetual Storage Inc
6279 E Little Cottonwood Canyon Road
Sandy, UT 84092

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$106.90

3.179

Phillips Heavy Equipment Services, LLC
PO Box 145
Tooele, UT 84074

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,534.50

3.180

Pipe Valve and Fitting Co
2759 South 300 West
Suite B
Salt Lake City, UT 84115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$45,780.07

3.181

Polsinelli
PO Box 878681
Kansas City, MO 64187

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,818.00

3.182

Powertech Controls
Lockbox # 9443
PO Box 70280
Philadelphia, PA 19176-0280

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,953.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.183

Precision Communications
454 N 1100 W
Centerville, UT 84014

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6,832.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.184

Principal Financial Group, Inc.
PO Box 9394
Des Moines, IA 50306-9394

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Actuarial Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.185

Process Technology
PO Box 25247
Salt Lake City, UT 84125

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,427.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.186

Professional Plastics
Dept. La 23218
Pasadena, CA 91185-3218

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,762.36

3.187

Purafil, Inc
28458 Network Place
Chicago, IL 60673-1284

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$106.71

3.188

Pure Filtration, LLC
121 Broadway, Suite 201
Dover, NH 03820

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,372.40

3.189

QA Balance Services Inc.
5212 South Tibet Street
Aurora, CO 80015

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,960.00

**3.190**

QD Tech, Inc
1755 South 4490 West, #B
Salt Lake City, UT 84104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $71,482.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.191**

Quality Distribution Inc
5550 W John Cannon Drive
Salt Lake City, UT 84116

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $114,298.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.192**

Qualtrax, Inc.
PO Box 991
Blacksburg, VA 24063-0991

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $21,671.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.193**

R F Porter
201 W 5Th Ave Unit 1
Murray, UT 84107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $18,560.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.194**

Rain For Rent
PO Box 540790
North Salt Lake, UT 84054

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$45,207.03

---

**3.195**

Ram Enterprise, Inc
1225 West Main St
Elko, NV 89801-3603

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,502.83

---

**3.196**

Rasmussen Equipment Co
3333 West 2100 So
Salt Lake City, UT 84119-1197

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,618.20

---

**3.197**

Ray Quinney & Nebeker
PO Box 45385
Salt Lake City, UT 84145-0385

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00

**3.198**

RDO Equipment Co
PO Box 7160
Fargo, ND 58106

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,045.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.199**

Relevant Industrial LLC
PO Box 95605
Grapevine, TX 76099-9730

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4,652.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.200**

Reno Refractories Inc.
PO Box 201
Morris, AL 35116

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $66,780.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.201**

Rhoades Nut & Bolt
PO Box 911476
St George, UT 84791

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9,499.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.202**

Rodda Miller Paint
PO Box 24425
Pasadena, CA 91185-4425

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,022.65

---

**3.203**

Ron Thayer
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employment

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,740,446.00

---

**3.204**

RS Americas, Inc
PO Box 841811
Dallas, TX 75284-1811

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$519.42

---

**3.205**

Rugged Rental
2740 W California Ave #2
Salt Lake City, UT 84104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,327.92

3.206

Ryan Self
c/o Roland Christensen
Arnold & Itken LLP
6009 Memorial Drive
Houston, TX 77007

**Date or dates debt was incurred**
03/04/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.207

Safety Kleen Systems, Inc.
PO Box 975201
Dallas, TX 75397-5201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,520.14

---

3.208

Salt Lake City Corporation
PO Box 840173
Los Angeles, CA 90084-0173

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,260.96

---

3.209

Salt Lake Windustrial Co
627 West 3900 South #C-2
Salt Lake City, UT 84123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.210**

Salt Lake Windustrial Co.
627 West 3900 South #C-2
Salt Lake City, UT 84123

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $139,344.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.211**

Scientific Consumables and Instrumentation
PO Box 1380
West Jordan, UT 84084

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $35,502.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.212**

SCP Science
PO Box 3221
Champlain, NY 12919

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,254.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.213**

SD Myers, LLC
180 South Avenue
Tallmadge, OH 44278

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,967.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.214**

Sefar Inc
26232 Network Place
Chicago, IL 60673-1262

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,776.30

**3.215**

Sidewinders LLC.
14476 S Center Point Way Suite 100
Bluffdale, UT 84065

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$52,042.49

**3.216**

Sisecam Chemicals Resources LLC
Attn: Ronny Cain
400 Perimeter Center Terrace Ne
SUITE #350
Atlanta, GA 30346

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,257,033.66

**3.217**

Sisecam Chemicals Resources LLC
Attn: Ronny Cain
400 Perimeter Center Terrace Ne
SUITE #350
Atlanta, GA 30346

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.218**

Skull Valley Water Group LLC
238 North 2200 West
Salt Lake City, UT 84116-2921

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $52,130.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.219**

Softchoice Corporation
16609 Collections Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,725.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.220**

SPX Flow Technology
PO Box 277886
Atlanta, GA 30384-7886

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6,245.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.221**

SRC Worldwide
3425 Service Rd.
Cleveland, OH 44111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $29,001.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.222

SRK Consulting
999 17Th Street Suite 400
Denver, CO 80202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$72,045.87

---

3.223

Standard Optical
308 W North Temple
Apt 316
Salt Lake Cty, UT 84103-1896

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$150.00

---

3.224

Stat Medical
4894 South 300 West
Ste B
Murray, UT 84107-4787

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$303.62

---

3.225

State Of Utah, Division Of Forestry, Fire and State Lands
1594 W. North Temple Street. #3510
Salt Lake City, UT 84116

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Royalties

**Is the claim subject to offset?**
☑ No

☐ Yes

$205,816.58

**3.226**

Stone Security
361 W. Ironwood Drive
Salt Lake City, UT 84115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,994.00

**3.227**

Summit Printing, Inc.
617 West 4330 South
Murray, UT 84123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,906.53

**3.228**

Susan Slade
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employment

**Is the claim subject to offset?**
☑ No

☐ Yes

$454,129.00

**3.229**

Syringa Networks, LLC
12301 West Explorer Drive
Boise, ID 83713

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

$109,488.69

3.230

Tech-Flow
Engineered Process Solutions
PO Box 219
Layton, UT 84041

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23,449.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.231

Tecnetics Industries
62378 Collections Drive
Chicago, IL 60693-0623

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $745.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.232

TECO
Thompson Equipment Company
PO Box 4189
New Orleans, LA 70178-4189

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $462.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.233

Tetra Tech Inc
PO Box 911674
Denver, CO 80291-1674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4,076.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.234**

Thal Dixon Enterprises Inc dba Dixon Security Cameras
3767 S Secord St
South Salt Lake, UT 84115

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9,424.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.235**

Thatcher Chemical Co
Attn: Aaron Cox
PO Box 27407
Salt Lake City, UT 84127

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $330,485.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.236**

The Bennett Group Dc
2201 Toronto Street
Falls Church, VA 22043

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $66,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.237**

The Hackett Group
1001 Brickell Bay Drive
Suite 3000
Miami, FL 33131

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.238**

The Renco Group, Inc.
One Rockefeller Plaza
29Th Floor
New York, NY 10020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $85,600,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unsecured Loans

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.239**

The Renco Group, Inc.
One Rockefeller Plaza
29Th Floor
New York, NY 10020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $24,735.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Other Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.240**

Thornton Plastics
745 Pacific Ave
Salt Lake City, UT 84104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,930.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.241**

Tire World
2627 South 300 West
Salt Lake City, UT 84115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $57,992.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.242**

Tons Per Hour
5945 Jetton Ln
Loomis, CA 95747

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,895.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.243**

Tooele County Chamber Of Commerce
154 South Main Street
PO Box 460
Tooele, UT 84074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.244**

Tooele Valley Pumping
214 West Cimmarron Way
Erda, UT 84074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7,872.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.245**

Tooele Vision Center
300 South Main
Tooele, UT 84074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $690.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.246**

Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.247**

Trailblazer Controls Corp.
PO Box 27553
Salt Lake City, UT 84127-0553

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $168.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.248**

Tranter C/O
PO Box 123275
Dallas, TX 75312-3275

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $87,411.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.249**

Tricor Industrial Inc.
3225 West Old Lincoln Way
Wooster, OH 44691

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13,070.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.250**

Trinity Consultants, Inc
PO Box 972047
Dallas, TX 75397-2047

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $38,557.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.251**

Trinity Industries Leasing Co.
Attn: Joel Bailey
PO Box 358041
Pittsburgh, PA 15251-5041

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.252**

Trinity Industries Leasing Company
Attn: Joel Bailey
PO Box 358041
Pittsburgh, PA 15251-5041

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $3,391,439.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.253**

Tuv Rheinland Of North America Inc.
PO Box 416473
Boston, MA 02241-6473

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $906.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.254**

Twin D Inc
3120 N 675 E
Layton, UT 84041

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$35,337.50

**3.255**

Unifirst Corporation
PO Box 650481
Dallas, TX 75265

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,147.27

**3.256**

Union Pacific Railroad
PO Box 843465
Dallas, TX 75284-3465

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,612,438.32

**3.257**

Union Pacific Railroad Company
12567 Collections Center Dr.
Chicago, IL 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$124,860.00

3.258

United Rentals
PO Box 051122
Los Angeles, CA 90074-1122

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,398.25

3.259

United States Welding dba Rocky Mountain Air Solutions
Dept. 78716
PO Box 78000
Detroit, MI 48278-0716

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$26,189.44

3.260

United Steelworkers Of Am
PO Box 644485
Pittsburgh, PA 15264-4485

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Union Dues

**Is the claim subject to offset?**
☑ No

☐ Yes

$113.20

3.261

Univar Solutions
Attn: Dave Lundin
62190 Collections Center Drive
Chicago, IL 60693-0621

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,268,175.27

3.262

US Environmental Protection Agency
Superfund Payments-Cincinnati Finance Center
PO Box 979076
St. Louis, MO 63197-9000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $919,567.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Oversight Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

3.263

Utah Communications Authority
Ein87-0587139 Dun#001376735
5215 Wiley Post Way #550
Salt Lake City, UT 84116

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $348.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.264

Utah Department of Environmental Quality
c/o Division of Environmental Response and Remediation
195 North 1950 West - 1st Floor
Salt Lake City, UT 84116

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,626.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.265

Utah LP Gas Company
PO Box 16188
Salt Lake City, UT 84116

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,316.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.266**

Utah Safety Council
11075 S State St
Ste 28
Sandy, UT 84070-5176

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$350.00

**3.267**

Utah Sales Tax Consultants, Inc.
2518 Barcelona Drive
Sandy, UT 84093

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$224,161.12

**3.268**

Utah Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$85.26

**3.269**

Utah Transit Authority
Attn: Kris Barkley
PO Box 30810
Salt Lake City, UT 84130-0810

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

$32,281.00

3.270

Utility Testing Lab
3684 W Belfort Dr
W Valley City, UT 84120-5559

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $94.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.271

Vega Americas, Inc
3877 Mason Research Parkway
Mason, OH 45036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $11,276.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.272

Veolia WTS USA, Inc
7796 Collection Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $50,729.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.273

Vestis Services
2680 Palumbo Dr.
Lexington, KY 40509

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $14,830.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.274**

Volvo Financial Services
PO Box 7247-0236
Philadelphia, PA 19170-0236

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,125.09

---

**3.275**

VWR International
PO Box 640169
Pittsburgh, PA 15264-0169

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,467.49

---

**3.276**

W. Pilling Kesselffabrik Gmbh
Nettestrasse 122
Altena D-58762
Germany

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$64,000.00

---

**3.277**

Wagstaff Crane & Rigging LLC
4315 S Commerce Drive
Murray, UT 84129

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,940.00

3.278

Wagstaff, Inc.
3910 North Flora Road
Spokane, WA 99216-1720

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $26,878.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.279

Waste Management
PO Box 7400
Pasadena, CA 91109-7400

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $145.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.280

Water & Energy Systems
Technology, Inc.
PO Box 166
Kaysville, UT 84037

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5,191.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.281

WCR
1003 Bellbrook Ave
Xenia, OH 45385-4011

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7,323.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.282

WD Equipment Company
PO Box 3066
Pocatello, ID 83206-3066

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                           $590.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.283

Webster Associates, Inc.
PO Box 966
Englewood, CO 80151

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $6,256.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.284

Weir Slurry Group, Inc
2701 S Stoughton Road
Madison, WI 53716

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $9,631.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.285

Wesco Receivables Corp.
PO Box 802578
Chicago, IL 60680-2578

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $5,848.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.286

Westech Engineering, Inc.
3665 S West Temple
Salt Lake City, UT 84115

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $27,848.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.287

Western Edge
PO Box 37
Tooele, UT 84074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25,165.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.288

Western Engineering
2480 S Main Street Suite 102
Salt Lake City, UT 84115

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,295.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.289

Western Industrial Products Inc.
1075 West 1700 South
Salt Lake City, UT 84104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $103,257.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.290**

Wheeler Machinery
Lb 413071
PO Box 35143
Seattle, WA 98124-5143

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.291**

Wheeler Machinery Co
Lb 413071
PO Box 35143
Seattle, WA 98124-5143

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$156,045.54

---

**3.292**

Whip Performance Machine/Raleigh Manufacturing
1843 South 3480 West
Salt Lake City, UT 84104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.293**

WM Corporate Services, Inc
PO Box 7400
Pasadena, CA 91109-7400

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

$145.86

**3.294**

Wohler USA Inc
208 S Main St
Middleton, MA 01949

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $915.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.295**

Worldwide Machinery, Ltd
2200 Post Oak Blvd
Ste 1000
Houston, TX 77056-4716

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $31,432.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.296**

Xylem Dewatering Solutions, Inc
26717 Network Place
Chicago, IL 60673-1267

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $66,829.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.297**

YRC
PO Box 730375
Dallas, TX 75373-0375

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,219.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.298

ZORO
PO Box 5233
Janesville, WI 53547-5233

**Date or dates debt was incurred**

As of the petition filing date, the claim is:       $9,164.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

---

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 <br><br> Trinity Industries Leasing Company <br> c/o Kane Russell Coleman Logan PC <br> Attn: Jason Binford <br> 401 Congress Avenue, Suite 2100 <br> Austin, TX 78701 | Line <br> 3.240 <br><br> ☐ Not listed. Explain | |
| 4.2 <br><br> The Renco Group, Inc. <br> c/o McGuireWoods LLP <br> Attn: Mark E. Freedlander, Frank J. Guadagnino <br> Tower Two Sixty <br> 260 Forbes Ave, Ste 1800 <br> Pittsburgh, PA 15222 | Line <br> 3.226 <br><br> ☐ Not listed. Explain | |
| 4.3 <br><br> The Renco Group, Inc. <br> c/o Saul Ewing LLP <br> Attn: Mark Minuti, Paige N. Topper <br> 1201 North Market St, Ste 2300 <br> PO Box 1266 <br> Wilmington, DE 19899 | Line <br> 3.226 <br><br> ☐ Not listed. Explain | |
| 4.4 <br><br> State of Utah, Division of Forestry, Fire and State Lands <br> c/o Hogan McDaniel <br> Attn: Daniel K. Hogan, Garvan F. McDaniel <br> 1311 Delaware Avenue <br> Wilmington, DE 19806 | Line <br> 3.213 <br><br> ☐ Not listed. Explain | |

**4.5**

State of Utah, Division of Forestry, Fire and State Lands
c/o Cohne Kinghorn, P.C.
Attn: George Hofmann
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

Line
3.213

☐ Not listed. Explain

**4.6**

State of Utah, Division of Forestry, Fire and State Lands
c/o Utah Attorney General, Derek E. Brown
Attn: Trevor C. Lang, Michael E. Begley
1594 W. North Temple Street. #300
Salt Lake City, UT 84116

Line
3.213

☐ Not listed. Explain

**4.7**

Roland Christensen
Arnold & Itken LLP
6009 Memorial Drive
Houston, TX 77007

Line
3.011

☐ Not listed. Explain

**4.8**

Roland Christensen
Arnold & Itken LLP
6009 Memorial Drive
Houston, TX 77007

Line
3.130

☐ Not listed. Explain

**4.9**

Roland Christensen
Arnold & Itken LLP
6009 Memorial Drive
Houston, TX 77007

Line
3.196

☐ Not listed. Explain

**4.10**

Odin Construction Solution
Attn: Jordan Brown
2901 Douglas Blvd. Suite 300
Roseville, CA 95661

Line
3.157

☐ Not listed. Explain

**4.11**

Kurt B. London
London Harker Injury Law PLLC
8800 S. Harrison Street
Sandy, UT 84070

Line
3.011

☐ Not listed. Explain

4.12

Kurt B. London
London Harker Injury Law PLLC
8800 S. Harrison Street
Sandy, UT 84070

Line
3.130

☐ Not listed. Explain

4.13

Kurt B. London
London Harker Injury Law PLLC
8800 S. Harrison Street
Sandy, UT 84070

Line
3.196

☐ Not listed. Explain

4.14

Forgen, LLC
c/o Morris, Nichols, Arsht & Tunnell LLP
Attn: Curtis S. Miller, Casey B. Sawyer
1201 Market Street, 16th Floor
Wilmington, DE 19801

Line
3.088, 3.092

☐ Not listed. Explain

4.15

Forgen, LLC
c/o Holland & Hart LLP
Attn: Engels J. Tejeda
222 S. Main Street, Suite 2200
Salt Lake City, UT 84111

Line
3.088, 3.092

☐ Not listed. Explain

4.16

Forgen, LLC
c/o Holland & Hart LLP
Attn: Matthew J. Ochs
555 17th Street, Suite 3200
Denver, CO 80202

Line
3.088, 3.092

☐ Not listed. Explain

4.17

Express Recovery Services, Inc.
PO Box 26415
Salt Lake City, UT 84126

Line
3.006

☐ Not listed. Explain

4.18

Equipmentshare.Com Inc
Attn: Tim Johnson
2000 E Broadway PMB 124
Columbia, MO 65201

Line
3.080, 3.082

☐ Not listed. Explain

4.19

CR2 Services
Attn: Rodney T Chandler
818 West 940 South
Salem, UT 84653

Line
3.056

☐ Not listed. Explain

4.20

Ameri-Source Specialty Products
Attn: Ajay Goel
5123 South Commerce Drive
Murray, UT 84107

Line
3.016

☐ Not listed. Explain

4.21

Amalgamated Research LLC
Amalgamated Sugar Company Legal Department
Attn: Christina Hardesty
1951 S. Saturn Way, Suite 100
Boise, ID 83709

Line
3.012

☐ Not listed. Explain

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $84,880.63 |
| 5b. **Total claims from Part 2** | 5b. | $195,430,859.68 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $195,515,740.31 |

| Fill in this information to identify the case: |
| --- |
| Debtor name: US Magnesium LLC |
| United States Bankruptcy Court for the: Delaware |
| Case number: 25-11696 |

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Licensing - print sofware | Adobe<br>345 Park Avenue<br>San Jose, CA 95110-2704 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Payroll Processing and Benefit software | ADP, Inc.<br>PO Box 842875<br>Boston, MA 02284-2875 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Licensing - purchasing and maintenance software | AssetPoint<br>PO Box 743722<br>Atlanta, GA 30374-3722 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.4 **State what the contract or lease is for and the nature of the debtor's interest**

Licensing - manufacturing software

AVEVA (change vendor name to AssetPoint, LLC)
770 Pelham Road
Greenville, SC 29615

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.5 **State what the contract or lease is for and the nature of the debtor's interest**

Insurance - D&O

Axis Insurance Company
10000 Avalon Blvd., Ste 200
Alpharetta, GA 30009

**State the term remaining**

301

**List the contract number of any government contract**

---

2.6 **State what the contract or lease is for and the nature of the debtor's interest**

Sales agreement

Broken Arrow, Inc.
PO Box 580
Tooele, UT 84074

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.7 **State what the contract or lease is for and the nature of the debtor's interest**

Offset of pipeline construction costs agreement

Cargill, Inc.
15407 Mcginty Road West, Ms 26
Wayzata, MN 55391-2365

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.8 **State what the contract or lease is for and the nature of the debtor's interest**

Sales agreement

Cargill, Inc.
15407 Mcginty Road West, Ms 26
Wayzata, MN 55391-2365

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.9 **State what the contract or lease is for and the nature of the debtor's interest**

Equipment Financing

Caterpillar Financial Services
PO Box 100647
Pasadena, CA 91189-0647

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Financing | Caterpillar Financial Services PO Box 100647 Pasadena, CA 91189-0647 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance - International | Continental Insurance Company 151 Franklin Street Chicago, IL 60606 |
| | **State the term remaining** | 301 | |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Energy consulting | E-Quant Consulting 1592 East 3350 South Salt Lake City, UT 84106 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Natural gas | Enbridge/Dominion 333 South State Street Salt Lake City, UT 84111 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales agreement | Enviro Tech Services, Inc. PO Box 5512 Denver, CO 80217 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Financing | Flagstar Financing & Leasing LLC PO Box 71278 Philadelphia, PA 19176-6278 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.16 **State what the contract or lease is for and the nature of the debtor's interest** | Construction - consent decree project - waste pond | Forgen, LLC
Attn: George Little
6020 W Oaks Blvd Suite 220
Rocklin, CA 95765

**State the term remaining** | Unknown

**List the contract number of any government contract**

2.17 **State what the contract or lease is for and the nature of the debtor's interest** | Employment contract | G. Thomas Tripp
PO Box 757
32 Eastmoor Drive
Grantsville, UT 84029

**State the term remaining** | Unknown

**List the contract number of any government contract**

2.18 **State what the contract or lease is for and the nature of the debtor's interest** | Domain registration services | GoDaddy
2155 E. University Drive
Tempe, AZ 85281

**State the term remaining** | Unknown

**List the contract number of any government contract**

2.19 **State what the contract or lease is for and the nature of the debtor's interest** | Sales agreement | Hill Brothers Chemical Company
3000 E Birch St Ste 108
Brea, CA 92821-6261

**State the term remaining** | Unknown

**List the contract number of any government contract**

2.20 **State what the contract or lease is for and the nature of the debtor's interest** | Licensing - accounts payable and Human Resources imaging software | Hyland Software, Inc.
28105 Clemens Road
Westlake, OH 44145

**State the term remaining** | Unknown

**List the contract number of any government contract**

2.21 **State what the contract or lease is for and the nature of the debtor's interest** | Licensing - standard operating procedure document software | Ideagen Quality Management
105 E Roanoke Street
Blacksburg, VA 24060

**State the term remaining** | Unknown

**List the contract number of any government contract**

**2.22** **State what the contract or lease is for and the nature of the debtor's interest**

Boiler rental

Indeck Power Equipment Company
Attn: Alan Langsam
1111 Willis Avenue
Wheeling, IL 60090

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.23** **State what the contract or lease is for and the nature of the debtor's interest**

License, Support & Maintenance

Insightsoftware
Attn: John Lawlor, Esq. and Jeffrey Martin Bergman
8529 Six Forks Road
Suite 300
Raleigh, NC 27615

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.24** **State what the contract or lease is for and the nature of the debtor's interest**

Software License

Insightsoftware
Attn: John Lawlor, Esq. and Jeffrey Martin Bergman
8529 Six Forks Road
Suite 300
Raleigh, NC 27615

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.25** **State what the contract or lease is for and the nature of the debtor's interest**

Lithium recovery equipment

International Battery Materials Ltd. (IBAT)
5847 San Felipe, Suite 1925
Houston, TX 77057

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.26** **State what the contract or lease is for and the nature of the debtor's interest**

Broker Marketing Agreement

InterNet Properties Real Estate
51 East 400 South, Suite 210
Salt Lake City, UT 84111

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.27** **State what the contract or lease is for and the nature of the debtor's interest**

Equipment Financing

John Deere Financial
PO Box 6600
Acct# 510002481388
Johnston, IA 50131-6600

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | 3PL - Warehouse agreement - magnesium finished goods | Kenco Logistic Services, LLC c/o Kenco Logistic Services, Llc PO Box 102881 Atlanta, GA 30368 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | IT Support | Les Olson Company PO Box 65598 Salt Lake City, UT 84165-0598 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Nitrogen tank lease agreement | Linde, Inc Attn: Jeffrey Weiss PO Box 91385 Chicago, IL 60693-1385 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Mobile equipment rental | Mammoth Machinery and Supply, Inc. Attn: Ken Allen 205 S 1200 W North Salt Lake, UT 84054 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Consulting contract | Marc Guerra Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Brokerage Agreement | Marsh USA PO Box 846015 Dallas, TX 75284-6015 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Networth appreciation agreements | Michael Edmonds<br>1926 Brady Creek Dr<br>Sandy, UT 84093 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Domain registration services | Network Solutions<br>13861 Sunrise Valley Drive #300<br>Herdon, VA 20171 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction - consent decree project - waste pond | Odin Construction Solutions, Inc.<br>Attn: Jordan Brown<br>2901 Douglas Blvd. Suite 300<br>Roseville, CA 95661 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Electricity | Pacificorp/Rocky Mountain Power<br>PO Box 5504<br>Portland, OR 97228-5504 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment contract | Paula Chu<br>Address on File |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Networth appreciation agreements | Paula Chu<br>Address on File |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Sale broker agreement - turbine | Phoenix Equipment Corporation<br>130 Maple Avenue, Suite 4A<br>Red Bank, NJ 07701 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment contract | Roblin Hartman<br>Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment contract | Ron L. Thayer<br>Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Networth appreciation agreements | Ron Thayer<br>Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Licensing - fixed asset software | Sage Fixed Assets Software<br>14855 Collection Center Dr<br>Chicago, IL 60693 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Soda Ash | Sisecam Chemical Resources, LLC<br>Attn: Ronny Cain<br>400 Perimeter Center Terrace Ne<br>SUITE #350<br>Atlanta, GA 30346 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Operating agreement | Skull Valley Water Group, LLC |
|------|------|------|------|
| | State the term remaining | Unknown | 238 North 2200 West |
| | List the contract number of any government contract | | Salt Lake City, UT 84116-2921 |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Insurance - Cargo | Sompo International |
|------|------|------|------|
| | State the term remaining | 301 | Attn: Joel Acevedo<br>1221 Avenue of the Americas<br>18th Floor |
| | List the contract number of any government contract | | New York, NY 10020 |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Insurance - Automobile | Starr Indemnity & Liabiity Company |
|------|------|------|------|
| | State the term remaining | 331 | Attn: Ross M. Chinitz<br>Legal Department<br>399 Park Avenue 3rd Floor |
| | List the contract number of any government contract | | New York, NY 10022 |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Insurance - General Liability | Starr Indemnity & Liabiity Company |
|------|------|------|------|
| | State the term remaining | 331 | Attn: Ross M. Chinitz<br>Legal Department<br>399 Park Avenue 3rd Floor |
| | List the contract number of any government contract | | New York, NY 10022 |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Insurance - Pollution | Starr Indemnity & Liabiity Company |
|------|------|------|------|
| | State the term remaining | 325 | Attn: Ross M. Chinitz<br>Legal Department<br>399 Park Avenue 3rd Floor |
| | List the contract number of any government contract | | New York, NY 10022 |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Insurance - Umbrella | Starr Indemnity & Liabiity Company |
|------|------|------|------|
| | State the term remaining | 331 | Attn: Ross M. Chinitz<br>Legal Department<br>399 Park Avenue 3rd Floor |
| | List the contract number of any government contract | | New York, NY 10022 |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Insurance - Workers Comp | Starr Indemnity & Liability Company<br>Attn: Ross M. Chinitz<br>Legal Department<br>399 Park Avenue 3rd Floor<br>New York, NY 10022 |
| | State the term remaining | 331 | |
| | List the contract number of any government contract | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Mineral Lease | State of Utah<br>Environmental Quality<br>Division Of Air Quality<br>Salt Lake City, UT 84116-3085 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Royalty Agreement | State of Utah<br>Environmental Quality<br>Division Of Air Quality<br>Salt Lake City, UT 84116-3085 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Performance bond | State of Utah Division of Oil, Gas and Mining<br>c/o Assistant Attorney General, State of Utah<br>Attn: Gary T. Wight<br>1594 W. North Temple, Ste 300<br>Salt Lake City, UT 84116 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | MOU Royalty Agreement for Lithium Carbonate Mining | State of Utah, Department of Natural Resources, Division of Forestry, Fire and State Lands<br>c/o Division Of Sovereign Lands & Forestry<br>1594 West North Temple<br>Salt Lake City, UT 84114-5703 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Cell tower agreement | STC Five, LLC/Sprint Spectrum, LP<br>PO Box 600607<br>Jacksonville, FL 32260-0607 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

**2.58** **State what the contract or lease is for and the nature of the debtor's interest**    Sales agreement

Sumitomo Corporation of Americas
8055 East Tufts Avenue Suite 800
Denver, CO 80237

**State the term remaining**    Unknown

**List the contract number of any government contract**

---

**2.59** **State what the contract or lease is for and the nature of the debtor's interest**    Networth appreciation agreements

Susan Slade
PO Box 650
Cave Creek, AZ 85327-0650

**State the term remaining**    Unknown

**List the contract number of any government contract**

---

**2.60** **State what the contract or lease is for and the nature of the debtor's interest**    Internet services

Syringa
12301 W. Explorer Drive
Boise, ID 83713

**State the term remaining**    Unknown

**List the contract number of any government contract**

---

**2.61** **State what the contract or lease is for and the nature of the debtor's interest**    Cell tower agreement

T-Mobile West Corporation
Attn. Lease Administration Manager
2625 S. Plaza Dr., Ste. 400
Phoenix, AZ 85282

**State the term remaining**    Unknown

**List the contract number of any government contract**

---

**2.62** **State what the contract or lease is for and the nature of the debtor's interest**    Management agreement

The Renco Group
One Rockefeller Plaza
29Th Floor
New York, NY 10020

**State the term remaining**    Unknown

**List the contract number of any government contract**

---

**2.63** **State what the contract or lease is for and the nature of the debtor's interest**    Tax sharing agreeement

The Renco Group
One Rockefeller Plaza
29Th Floor
New York, NY 10020

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.64**  **State what the contract or lease is for and the nature of the debtor's interest**

Property tax settlement agreement

Tooele County
47 South Main Street
Tooele, UT 84074

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.65**  **State what the contract or lease is for and the nature of the debtor's interest**

Railcar leases

Trinity Industries Leasing Company
c/o Kane Russell Coleman Logan PC
Attn: Jason Binford
401 Congress Avenue, Suite 2100
Austin, TX 78701

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.66**  **State what the contract or lease is for and the nature of the debtor's interest**

Track lease

Union Pacific Railroad Company
12567 Collections Center Dr.
Chicago, IL 60693

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.67**  **State what the contract or lease is for and the nature of the debtor's interest**

Collective Bargaining Agreement

United Steel Workers International, Local 8319
c/o Law Office of Susan E. Kaufman, LLC
Attn: Susan E. Kaufman
919 N. Market Street, Suite 460
Wilmington, DE 19801

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.68**  **State what the contract or lease is for and the nature of the debtor's interest**

Retirement Plan - Defined Benefit

US Magnesium Hourly Defined Benefit Plan - Plan 003
238 West 2200 North
Salt Lake City, UT 84116

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.69**  **State what the contract or lease is for and the nature of the debtor's interest**

Retirement Plan - 401k

US Magnesium Hourly Pension and 401(k) Plan - Plan 004
238 West 2200 North
Salt Lake City, UT 84116

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.70  **State what the contract or lease is for and the nature of the debtor's interest**

Retirement Plan - 401k

US Magnesium Salaried Pension and 401(k) - Plan 002
238 West 2200 North
Salt Lake City, UT 84116

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.71  **State what the contract or lease is for and the nature of the debtor's interest**

Cell phone services

Verizon
PO Box 489
Newark, NJ 07101-0489

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.72  **State what the contract or lease is for and the nature of the debtor's interest**

Equipment Financing

Volvo Finanical Services
PO Box 7247-0236
Philadelphia, PA 19170-0236

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.73  **State what the contract or lease is for and the nature of the debtor's interest**

Credit card agreement

Wells Fargo Bank
c/o Otterbourg P.C.
Attn: Jonathan Helfat, Matthew Miller, Daniel F. Fiorillo, & Matthew Breen
230 Park Avenue
New York, NY 10169-0075

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.74  **State what the contract or lease is for and the nature of the debtor's interest**

Asset based lending facility

Wells Fargo Capital Finance
100 Park Avenue, 3rd Floor
New York, NY 10017

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.75  **State what the contract or lease is for and the nature of the debtor's interest**

Insurance - Property

Westchester Surplus Lines Insurance Co.
11575 Great Pals Way
Suite 200
Alpharetta, GA 30022

**State the term remaining**  301

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name: US Magnesium LLC

United States Bankruptcy Court for the: Delaware

Case number: 25-11696

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 The Renco Group Inc. | The Renco Group, Inc. One Rockefeller Plaza 29Th Floor New York, NY 10020 | Wells Fargo Bank, National Association | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name: US Magnesium LLC

United States Bankruptcy Court for the: Delaware

Case number: 25-11696

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 11/05/2025 | s/Ron Thayer |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Ron Thayer |
| | Printed name |
| | President |
| | Position or relationship to debtor |