IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>US MAGNESIUM LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 8, 2025 AT 11:30 AM (ET)**

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-BRENDAN-L-SHANNON) AND THE COURT'S WEBSITE HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED ONE HOUR BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**STATUS CONFERENCE GOING FORWARD:**

1. Status Conference

   Related Document:

   A. Order Setting Status Conference Pursuant to 11 U.S.C. 105(d) [D.I. 330; Entered December 1, 2025].

   Status: At the direction of the Court, a zoom status conference will go forward for the purpose of discussing those contested matters scheduled for the hearing on December 15, 2025. The following matters are currently scheduled for December 15, 2025:

   i. Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [D.I. 142; Filed October 5, 2025].

---

[1] The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116.

ii. Debtor's Motion For Interim and Final Orders (I) Authorizing The Debtor to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [D.I. 10; Filed September 10, 2025].

iii. Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtor's Assets, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving The Stalking Horse APA Between The Debtor and The Stalking Horse Bidder, (B) Authorizing The Sale to The Stalking Horse Bidder or The Successful Bidder of Substantially All of The Debtor's Assets Free and Clear Of Liens, Claims, Encumbrances, and Interests, (C) Authorizing The Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 41; Filed September 15, 2025].

iv. Motion For Entry of an Order (A) Approving The Private Sale of Certain Of Debtor's Assets Free and Clear of Liens, Claims and Encumbrances, With Such Interests to Attach to The Proceeds, and (B) Granting Related Relief [D.I. 292; Filed November 17, 2025].

v. Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures and Bid Protections in Connection With The Sale of The Turbine, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, and (D) Granting Related Relief and (II) An Order (A) Authorizing The Sale of Turbine Free and Clear of Liens, Claims, Encumbrances, and Interests, and (C) Granting Related Relief [D.I. 312; Filed November 24, 2025].

| | |
|---|---|
| Dated: December 4, 2025 | GELLERT SEITZ BUSENKELL & BROWN, LLC |
| | |
| | */s/ Michael Van Gorder* |
| | Michael Busenkell (DE 3933) |
| | Margaret M. Manning (DE 4183) |
| | Michael Van Gorder (DE 6214) |
| | 1201 North Orange Street, Suite 300 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 425-5800 |
| | Facsimile: (302) 425-5814 |
| | Email: mbusenkell@gsbblaw.com |
| | mmanning@gsbblaw.com |
| | mvangorder@gsbblaw.com |
| | |
| | *Counsel to the Debtor and Debtor-in-Possession* |