**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>US MAGNESIUM LLC, [1]<br><br>      Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS)<br><br>RE: D.I. 312 |

**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR ENTRY OF (I) AN ORDER (A) APPROVING BID PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF THE TURBINE, (B) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (C) SCHEDULING AN AUCTION AND SALE HEARING, AND (D) GRANTING RELATED RELIEF AND (II) AN ORDER (A) AUTHORIZING THE SALE OF TURBINE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND (C) GRANTING RELATED RELIEF**

      **PLEASE TAKE NOTICE** that the above-captioned debtor and debtor-in-possession ("Debtor"), by and through undersigned counsel hereby withdraws the *Debtor's Motion For Entry of (I) an Order (A)Approving Bid Procedures and Bid Protections in Connection With The Sale of The Turbine, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, and (D) Granting Related Relief and (II) An Order (A) Authorizing The Sale of Turbine Free and Clear of Liens, Claims, Encumbrances, and Interests, and (C) Granting Related Relief* filed on November 24, 2025, at D.I. 312.

---

[1] The last four digits of the Debtor's federal tax identification number are 5446.  The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116

Dated: December 8, 2025

GELLERT SEITZ BUSENKELL &
BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Margaret M. Manning (DE 4183)
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
        mmanning@gsbblaw.com
        mvangorder@gsbblaw.com

*Counsel to the Debtor and Debtor-in-Possession*