IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>US MAGNESIUM LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case. No. 25-11696 (BLS)<br><br>RE: D.I. 41 and 395 |

### NOTICE OF POTENTIAL CONTRACT ASSUMPTION AND ASSIGNMENT

**PLEASE TAKE NOTICE** that on September 15, 2025, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtor's Assets, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving The Stalking Horse APA Between The Debtor and The Stalking Horse Bidder, (B) Authorizing The Sale to The Stalking Horse Bidder or The Successful Bidder of Substantially All of The Debtor's Assets Free and Clear Of Liens, Claims, Encumbrances, and Interests, (C) Authorizing The Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief* [Docket No. 41] (the "**Sale Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking, among other things, entry of an order (the "**Sale Order**") authorizing and approving: (a) the sale of substantially all of the Debtor's assets (the "**Assets**") free and clear of liens, claims, encumbrances, and other interests, with all such liens, claims, encumbrances, and other interests attaching with the same validity and priority to the sale proceeds, except as set forth in the applicable Purchase Agreement and subject to higher or otherwise better offers (the "**Sale**"); and (b) procedures for the assumption and assignment of executory contracts and unexpired leases (collectively, the "**Contracts**"). Please note that all capitalized terms used but not defined herein shall have the meanings set forth in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court entered an order [Docket No. 395] (the "**Bid Procedures Order**") granting certain of the relief sought in the Sale Motion, including, among other things, approving: (a) the Bid Procedures (the "**Bid Procedures**") for the Sale of the Assets; and (b) procedures for the assumption and assignment of the Contracts (the "**Assumption Procedures**").

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek approval of the Sale at a hearing scheduled to commence on or before **January 26, 2026 at 10:00 a.m. (ET)** (the "**Sale Hearing**") before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the

---

[1] The last four digits of the Debtor's federal tax identification number are 3143. The Debtor's service address for the purpose of this chapter 11 case is: 2447 Technology Way, Springdale, AR 72764.

Bankruptcy Court for the District of Delaware, Sixth Floor, Courtroom No. 1, 824 N. Market St., Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that upon the closing of the Sale, the Debtor intends to assume and assign to the Successful Bidder arising from the Auction (as defined in the Bid Procedures Order), certain Contracts and Leases and any modifications thereto (collectively, the "**Assigned Contracts**") set forth on Exhibit A attached hereto, subject to (a) the Successful Bidder's right to designate additional Contracts as Assigned Contracts or remove certain Contracts from the list of Assigned Contracts or (b) any similar right of any other Successful Bidder arising from the Auction. In addition, the cure amounts, if any, necessary for the assumption and assignment of the Assigned Contracts (the "**Cure Amounts**") are set forth on Exhibit A attached hereto. For the avoidance of doubt, there is no guarantee or requirement that any particular Contract or Lease be assumed and assigned to a Successful Bidder regardless of whether such Contract or Lease is set forth on Exhibit A hereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has evaluated the financial wherewithal of the Successful Bidder (*e.g.*, financial credibility, willingness, and ability of the interested party to perform under the Contracts) and believes that the Successful Bidder's financial health, agreement to pay cure amounts related to the Assigned Contracts, and commitment to pay obligations as they come due satisfies the requirements of adequate assurance of future performance under section 365(f)(2)(B) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, after the Bid Deadline has occurred, the Debtor will separately identify the Contracts designated for assumption and assignment by each Qualified Bidder and furnish adequate assurance information demonstrating the ability of each Qualified Bidder to comply with the requirements of adequate assurance of future performance under section 365(f)(2)(B) of the Bankruptcy Code, including, without limitation, each Qualified Bidder's financial wherewithal and willingness to perform under the Assigned Contracts.

## Obtaining Additional Information

Copies of the Sale Motion, Bid Procedures, and Bid Procedures Order, as well as all related exhibits, including the proposed Sale Order, are available on the website of the Debtor's Claims Agent, Stretto, https://cases.stretto.com/usmagnesium/

## Filing Assumption and Assignment Objections

Pursuant to the Assumption Procedures, objections to the proposed assumption and assignment of an Assigned Contract, including any objection relating to the Cure Amount and/or adequate assurance of future performance (collectively, a "**Contract Objection**"), must: (a) be in writing; (b) state with specificity the nature of such objection and alleged Cure Amount, including applicable and appropriate documentation in support of such alleged Cure Amount; (c) comply with the Bankruptcy Rules and the Local Rules; (d) for Contract Objections to the assumption and assignment of an Assigned Contract to the Successful Bidder, be filed with the Court and served so as to be ***actually received*** by January 9, 2026; and (e) for Contract Objections to any Cure Amount, be filed with the Court and served so as to be ***actually received*** by January 12, 2026.

Any timely filed Contract Objections made prior to the Sale Hearing will be considered at the Sale Hearing, or another date agreed to by the parties, and must be served on the following parties:

| **Counsel to the Debtor** | **Counsel to Wells Fargo, National Association** |
|---|---|
| Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange St.<br>3rd Floor<br>Wilmington, Delaware 19801<br>Attn: Michael Busenkell<br>mbusenkell@gsbblaw.com | Otterbourg PC<br>230 Park Avenue<br>New York, New York 10169-0075<br>Attn: Jonathan Helfat<br>jhelfat@otterbourg.com |
| **Counsel to the Official Committee of Unsecured Creditors** | **The United States Trustee** |
| Eversheds Sutherland (US) LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309<br>Attn: Todd C. Meyers and<br>Danielle Barav-Johnson<br>ToddMeyers@eversheds-sutherland.com<br>DahniBarav-Johnson@eversheds-sutherland.com<br><br>and<br><br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Attn: Justin R. Alberto and Michael Fitzpatrick<br>JAlberto@coleschotz.com<br>MFitzpatrick@coleschotz.com | Office of the United States Trustee for the District of Delaware<br>J. Caleb Boggs Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Attn: Jane Leamy |

If any timely filed Contract Objection cannot be resolved by the Successful Bidder arising from the Auction, if any, and the objecting party, the Court shall resolve such Contract Objection prior to assumption and assignment of such designated Contract, and upon entry of an order by the Court resolving such Contract Objection, the assignment, if approved by the Court, shall be deemed effective as of the date such objecting party receives the Assumption Notice. To the extent that any Contract Objection cannot be resolved by the parties, such Contract shall be assumed and assigned only upon satisfactory resolution of the Contract Objection, to be determined in the reasonable discretion of the Successful Bidder arising from the Auction, if any, and until such time as the Contract Objection can be resolved, the Contract shall be conditionally assumed and assigned pending a resolution of the Contract Objection after notice and a hearing.

## CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE AN OBJECTION

ANY COUNTERPARTY TO AN ASSIGNED CONTRACT WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF AN ASSIGNED CONTRACT AND/OR THE CURE AMOUNT SET FORTH ON **EXHIBIT A** ATTACHED HERETO IN ACCORDANCE WITH THE BID PROCEDURES ORDER AND THE ASSUMPTION PROCEDURES SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE ASSUMPTION AND ASSIGNMENT OF THE ASSIGNED CONTRACT AND/OR THE CURE AMOUNT SET FORTH ON **EXHIBIT A** ATTACHED HERETO, INCLUDING ASSERTING ADDITIONAL CURE AMOUNTS WITH RESPECT TO THE ASSIGNED CONTRACT RELATING TO ANY PERIOD PRIOR TO THE TIME OF ASSUMPTION AND ASSIGNMENT.

Dated: December 19, 2025

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Margaret M. Manning (DE 4183)
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
mmanning@gsbblaw.com
mvangorder@gsbblaw.com

*Counsel to the Debtor and Debtor-in-Possession*

# EXHIBIT A[2]

---

[2] The presence of a contract or lease on this Exhibit A does not constitute an admission by the Debtor that such contract is an executory contract or such lease is an unexpired lease pursuant to section 365 of the Bankruptcy Code or any other applicable law, and the Debtor reserves all rights to withdraw any proposed assumption and assignment or to reject any contract or lease at any time before such contract or lease is assumed and assigned pursuant to an order of the Court.

**Exhibit A**

| # | Counterparty | Description of Contract or Lease | Cure Amount |
|---|---|---|---|
| 1 | Adobe | Licensing - print sofware | $ - |
| 2 | ADP, Inc. | Payroll Processing and Benefit software | $ - |
| 3 | AssetPoint | Licensing - purchasing and maintenance software | $ - |
| 4 | AVEVA (change vendor name to AssetPoint, LLC) | Licensing - manufacturing software | $ - |
| 5 | Axis Insurance Company | Insurance - D&O | $ - |
| 6 | Broken Arrow, Inc. | Sales Agreement | $ 217,037.82 |
| 7 | Cargill, Inc. | Offset of Pipeline Construction Costs Agreement | $ - |
| 8 | Cargill, Inc. | Sales Agreement | $ - |
| 9 | Caterpillar Financial Services | Equipment Financing | $ 31,418.03 |
| 10 | Caterpillar Financial Services | Equipment Financing | $ - |
| 11 | Continental Insurance Company | Insurance - International | $ - |
| 12 | Enbridge/Dominion | Natural Gas Utility Agreement | $ 3,861.90 |
| 13 | Enviro Tech Services, Inc. | Sales Agreement | $ 39,031.13 |
| 14 | E-Quant Consulting | Consulting Agreement | $ - |
| 15 | Flagstar Financing & Leasing LLC | Equipment Financing | $ 10,026.90 |
| 16 | Forgen, LLC | Construction - consent decree project - waste pond | $ - |
| 17 | G. Thomas Tripp | employment contract | $ - |
| 18 | GoDaddy | domain registration services | $ - |
| 19 | Hill Brothers Chemical Company | Sales Agreement | $ - |
| 20 | Hyland Software, Inc. | Licensing - accounts payable and Human Resources imaging software | $ 2,792.85 |
| 21 | Ideagen Quality Management | Licensing - standard operating procedure document software | $ - |
| 22 | Indeck Power Equipment Company | Boiler Rental Agreement | $ - |
| 23 | Insightsoftware | License, Support & Maintenance | $ - |
| 24 | Insightsoftware | Software License | $ - |
| 25 | International Battery Materials Ltd. (IBAT) | Lithium Recovery Equipment | $ - |
| 26 | InterNet Properties Real Estate | Broker Marketing Agreement | $ - |
| 27 | John Deere Financial | Equipment Financing | $ - |
| 28 | Kenco Logistic Services, LLC | 3PL - warehouse agreement - magnesium finished goods | $ 3,042.00 |
| 29 | Les Olson Company | IT Support | $ - |
| 30 | Linde, Inc | Nitrogen Tank Lease Agreement | $ - |
| 31 | Mammoth Machinery and Supply, Inc. | Mobile Equipment Agreement | $ - |
| 32 | Marc Guerra | Consulting Contract | $ - |
| 33 | Marsh USA | Brokerage Agreement | $ 58,089.11 |
| 34 | Michael Edmonds | Networth Appreciation Agreements | $ 626,649.00 |
| 35 | Network Solutions | Domain Registration Services | |
| 36 | Odin Construction Solutions, Inc. | Construction - consent decree project - waste pond | $ - |
| 37 | Pacificorp/Rocky Mountain Power | Utility Agreement | $ 192,369.41 |
| 38 | Paula Chu | Employment Contract | $ - |
| 39 | Paula Chu | Networth Appreciation Agreements | $ - |
| 40 | Phoenix Equipment Corporation | Sale broker agreement - turbine | $ - |
| 41 | Quality Distribution, LLC | 3PL - warehouse agreement - lithium finished goods | $ 114,298.70 |
| 42 | Roblin Hartman | Employment Contract | $ - |
| 43 | Ron L. Thayer | Employment Contract | $ - |
| 44 | Ron Thayer | Networth Appreciation Agreement | $ 7,740,446.00 |
| 45 | Sage Fixed Assets Software | Licensing - fixed asset software | $ - |
| 46 | Sisecam Chemical Resources, LLC | Soda Ash | $ - |
| 47 | Skull Valley Water Group, LLC | Operating Agreement | $ 52,130.43 |
| 48 | Sompo International | Insurance - Cargo | $ - |
| 49 | Starr Indemnity & Liabiity Company | Insurance - Automobile | $ - |
| 50 | Starr Indemnity & Liabiity Company | Insurance - General Liability | $ - |
| 51 | Starr Indemnity & Liabiity Company | Insurance - Pollution | $ - |
| 52 | Starr Indemnity & Liabiity Company | Insurance - Umbrella | $ - |
| 53 | Starr Indemnity & Liabiity Company | Insurance - Workers Comp | $ - |
| 54 | State of Utah | Mineral Lease | $ - |
| 55 | State of Utah | Royalty Agreement | $ - |
| 56 | State of Utah Division of Oil, Gas and Mining | Performance bond | $ - |
| 57 | State of Utah, Department of Natural Resources, Division of Forestry, Fire and State Lands | MOU Royalty Agreement for Lithium Carbonate Mining | $ 205,816.58 |
| 58 | STC Five, LLC/Sprint Spectrum, LP | cell tower agreement | $ - |
| 59 | Sumitomo Corporation of Americas | sales agreement | $ - |
| 60 | Susan Slade | networth appreciation agreements | $ 454,129.00 |
| 61 | Syringa | Internet Utility Agreement | $ 109,488.69 |
| 62 | The Renco Group | Management Agreement | $ 24,735.29 |
| 63 | The Renco Group | Tax Sharing Agreeement | $ - |
| 64 | T-Mobile West Corporation | Cell Tower Agreement | $ - |
| 65 | Tooele County | property tax settlement agreement | $ - |
| 66 | Trinity Industries Leasing Company | Railcar Lease | $ - |
| 67 | Union Pacific Railroad Company | Tack Lease | $ - |
| 68 | United Steel Workers International, Local 8319 | Collective Bargaining Agreement | $ 113.20 |
| 69 | US Magnesium Hourly Defined Benefit Plan - Plan 003 | Retirement Plan - Defined Benefit | $ - |
| 70 | US Magnesium Hourly Pension and 401(k) Plan - Plan 004 | Retirement Plan - 401k | $ - |
| 71 | US Magnesium Salaried Pension and 401(k) - Plan 002 | Retirement Plan - 401k | $ - |
| 72 | Verizon | Cell Phone Services | $ - |
| 73 | Volvo Financial Services | Equipment Financing | $ 13,125.09 |
| 74 | Wells Fargo Bank | Credit Card Agreement | $ - |
| 75 | Wells Fargo Capital Finance | Asset Based Lending Agreement | |
| 76 | Westchester Surplus Lines Insurance Co. | Insurance - Property | $ - |