**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | : Chapter 11 |
| | : |
| US MAGNESIUM LLC,[1] | : Case Number 25-11696 (BLS) |
| | : |
| Debtor. | : Hearing Date: Jan. 26, 2026, at 10 am (ET) |
| | : |
| | : Objection Deadline: Jan. 9, 2026, at 4 pm (ET) |
| | : |
| | : D.I.: 41, 372, and 395 |

**UNITED STATES' RESERVATION OF RIGHTS TO DEBTOR'S SALE MOTION**

The United States, on behalf of the Environmental Protection Agency and United States Department of the Interior, (the "United States") files this Reservation of Rights to the *Debtor's Motion for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving the Stalking Horse APA Between the Debtor and the Stalking Horse Bidder, (B) Authorizing the Sale to the Stalking Horse Bidder or the Successful Bidder of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief* (Dkt. No. 41) ("Sale Motion") as follows:

[1] The last four digits of Debtor US Magnesium LLC's tax identification number is 5446. The location of the Debtor's principal place of business and the Debtor's service address is 238 N. 2200 W., Salt Lake City, Utah 84116.

## INTRODUCTION

1. The United States reached a settlement in principle with Renco Group, Inc. ("Renco"), on behalf of LiMag Holdings, LLC ("LiMag"), that advances the United States' two interests in this case – (1) compliance with the Consent Decree and environmental laws, and (2) promotion of domestic mineral production.

2. The settlement terms include requiring US Magnesium, LLC ("US Magnesium") and LiMag to execute a further revised Asset Purchase Agreement that requires, among other things, LiMag to assume all of US Magnesium's environmental liabilities relating to the US Magnesium Superfund Site, and to seek approval from the United States District Court for the District of Utah to amend the Consent Decree entered in *United States v. Magnesium Corp. of Am.*, Case No. 2:01CV0040, Dkt. No. 456 (D. Utah 2021) (the "Consent Decree"), to add LiMag as a defendant and incorporate the other settlement terms read into the record on December 16, 2025, during the hearing on the Motion to Convert.

3. Even though the United States and Renco continue working to memorialize the settlement, the United States reserves the right to object to the sale if the parties are unable to reach agreement and obtain necessary approvals of the revisions to the Asset Purchase Agreement and proposed amendment to the Consent Decree.

## RESERVATION OF RIGHTS

4. The United States leaves the Debtor to its burden of proof and reserves any and all rights, remedies and obligations, including to: (i) assert any objection to the proposed sale; (ii) file any appropriate motion; (iii) conduct any and all discovery as may be deemed necessary or as may be required; and (iv) use any such discovery as necessary at any future hearing in this matter.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:
ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/Matthew Indrisano*
Matthew Indrisano
Jeanne T. Cohn
Senior Counsel
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-5969 - Indrisano
(202) 598-0131 - Cohn
matthew.indrisano@usdoj.gov
jeanne.cohn@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, I filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all interested parties of record, and I sent the foregoing to the individuals listed below by email:

Michael G. Busenkell
Margaret M. Manning
Michael Van Gorder
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
mbusenkell@gsbblaw.com
mmanning@gsbblaw.com
mvangorder@gsbblaw.com
(Counsel for the Debtor)

Justin R. Alberto
Michael E. Fitzpatrick
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
jalberto@coleschotz.com
mfitzpatrick@coleschotz.com
(Proposed Counsel for Committee)

Todd C. Meyers
Danielle Barav-Johnson
Sameer M. Alifarag
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE
Atlanta, GA 30309
toddmeyers@eversheds-sutherland.com
dahnibarav-johnson@eversheds-sutherland.com
sameeralifarag@eversheds-sutherland.com
(Proposed Counsel for Committee)

Jane M. Leamy
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
jane.m.leamy@usdoj.gov
(U.S. Trustee)

Daniel K. Hogan
Michael E. Begley
Garvan F. McDaniel
Trevor C. Lang
Hogan McDaniel
Utah Attorney General Office
1311 Delaware Avenue
1594 West North Temple, #300
Wilmington, DE 19806
Salt Lake City, UT 84116
dkhogan@dkhogan.com
mbegley@agutah.gov
gmcdaniel@dkhogan.com
tclang@agutah.gov
(Counsel for Utah Division Forestry, Fire and State Lands)

George Hofmann
Cohne Kinghom, P.C.
111 East Broadway, 11th Floor
Salt Lake City, UT
ghofmann@ck.law
(Counsel for Utah Division Forestry, Fire and State Lands)

McGuireWoods LLP
Attn: Mark E. Freedlander
Frank J. Guadagnino
Tower Two Sixty 260 Forbes Ave, Ste 1800
Pittsburgh PA 15222
mfreedlander@mcguirewoods.com;
fguadagnino@mcguirewoods.com
(Counsel to The Renco Group, Inc.)

Curtis S. Miller
Casey B. Sawyer
Morris Nichols Arshrt & Tunnell LLP 1201
Market Street, 16th Floor
Wilmington, Delaware 19801
cmiller@morrisnichols.com
csawyer@morrisnichols.com
(Counsel to Forgen, LLC)

Engels J. Tejeda
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84111
ejtejeda@hollandhart.com
(Counsel to Forgen, LLC)

Matthew J. Ochs
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
mjochs@hollandhart.com
(Counsel to Forgen, LLC)

J. Cory Falgowski (No. 4546)
Burr & Forman LLP
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Email: jfalgowski@burr.com

Jonathan N. Helfat
Adam C. Silverstein
Matthew Breen
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
Email: jhelfat@otterbourg.com
asilverstein@otterbourg.com
mbreen@otterbourg.com
*Attorneys for Wells Fargo Bank, N.A.*

Saul Ewing LLP
Attn: Mark Minuti
Paige N. Topper
1201 North Market St, Ste 2300
Wilmington, DE 19801
mark.minuti@saul.com
paige.topper@saul.com
(Counsel to The Renco Group, Inc.)

Mark Pfeiffer
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
mark.pfeiffer@bipc.com
(Counsel for Allegheny Technologies Inc.)

Kody M. Sparks
500 Delaware Avenue, Suite 720
Wilmington, Delaware 19801
kody.sparks@bipc.com
(Counsel for Allegheny Technologies Inc.)

Timothy P. Palmer
Tyler S. Dischinger
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
timothy.palmer@bipc.com
tyler.dischinger@bipc.com
(Counsel to ATI Titanium LLC)

*/s/Matthew Indrisano*
Matthew Indrisano
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section