**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>US MAGNESIUM LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Paige A. Naig of Faegre Drinker Biddle & Reath LLP to represent Cargill, Incorporated in this case.

Dated: January 14, 2026

      */s/ Ian J. Bambrick*
      Ian J. Bambrick (No. 5455)
      222 Delaware Avenue, Suite 1410
      Wilmington, DE 19801
      Telephone: (302) 467-4222
      Facsimile: (302) 467-4201
      ian.bambrick@faegredrinker.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of Minnesota and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 14, 2026

      */s/ Paige A. Naig*
      Paige A. Naig
      Faegre Drinker Biddle & Reath LLP
      2200 Wells Fargo Center
      90 S. Seventh Street
      Minneapolis, Minnesota 55402
      Telephone: (612) 766-7000
      paige.naig@faegredrinker.com

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.