IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>US MAGNESIUM LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JANUARY 22, 2026 AT 11:00 AM (ET)**

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-BRENDAN-L-SHANNON) AND THE COURT'S WEBSITE HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED ONE HOUR BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**STATUS CONFERENCE GOING FORWARD:**

1. Status Conference

   Status: At the direction of the Court, a zoom status conference will go forward for the purpose of discussing matters scheduled for the hearing on January 26, 2026. The following matters are currently scheduled to go forward on January 26, 2026:

   i. Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtor's Assets, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving The Stalking Horse APA Between The Debtor and The Stalking Horse Bidder, (B) Authorizing The Sale to The Stalking Horse Bidder or The Successful Bidder of Substantially All of The Debtor's Assets Free and Clear Of Liens, Claims, Encumbrances, and Interests, (C) Authorizing The Assumption and Assignment of Contracts and Leases, and (D) Granting Related

---

[1] The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116

      Relief [D.I. 41; Filed September 15, 2025].

        a. This matter is scheduled to go forward with regards to the proposed sale.

  ii. [SEALED] The Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims and Causes of Action on Behalf of Debtor's Estates [D.I. 422; Filed December 29, 2025].

  iii. Debtor's Application to Employ Parr Brown Gee & Loveless as Special Environmental Counsel Nunc Pro Tunc as of December 15, 2025 [D.I. 430; Filed January 2, 2026].

  iv. Motion of Wells Fargo Bank, N.A. for Entry of an Order Directing (A) the Payment of Proceeds from the Debtor's Private Sale of Lithium from Escrow to Wells Fargo; and (B) Pre-Petition Interest by the Debtor to Wells Fargo as Adequate Protection [D.I. 459; Filed January 12, 2026].

Dated: January 21, 2026

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Margaret M. Manning (DE 4183)
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
       mmanning@gsbblaw.com
       mvangorder@gsbblaw.com

*Counsel to the Debtor and Debtor-in-Possession*