# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>US MAGNESIUM LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS) |

## DECLARATION OF RON MAYO IN SUPPORT OF DEBTOR'S SELECTION OF SUCCESSFUL BIDDER AND THE PROPOSED SALE TRANSACTION

I, Ron Mayo, pursuant to 28 U.S.C. § 1746, under penalty of perjury, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am a managing director of Carl Marks Advisory Group LLC ("CMAG"), with offices at 900 Third Avenue, New York, NY 10022. I am the Chief Restructuring Officer (the "CRO") of the above-captioned debtor and debtor in possession (the "Debtor" or the "Company").

2. In addition to my appointment as CRO, CMAG has been retained by the Company to provide financial advisory services during this Chapter 11 Case. I have worked closely with the Debtor's management and other professionals retained by the Debtor with respect to the Debtor's financing and restructuring efforts, including the sale of the Debtor's assets. As leader of the current engagement, I have independently reviewed, have become familiar with, and have personal knowledge regarding the Debtor's day-to-day operations, businesses, financial affairs, and books and records, and I am well acquainted with the Debtor's capital structure, liquidity needs, and business operations.

3. I submit this declaration (this "Declaration") in support of the Debtor's Notice of Successful Bidder [Docket No. 517] (the "Notice of Successful Bidder") which sets forth the

---

[1] The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116

Successful Bidder selected by the Debtor in connection with the proposed sale of the Debtor's assets (the "Sale Transaction"). This Declaration discusses why the Successful Bid was selected as the highest and best bid by the Debtor. This Declaration is submitted in conjunction with the Declaration of J. Scott Victor in Support of Debtor's Selection of Successful Bidder and the Proposed Sale Transaction, filed contemporaneously herewith, which discusses the marketing process, auction process, and the various bids.

4. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge; information supplied to me by other employees of CMAG and members of the Company's management, professionals, and other advisors; my review of relevant documents; or my opinion based upon my experience and knowledge of the Debtor's operations and financial condition. If called to testify, I could and would testify competently as to the facts set forth herein. I am authorized to submit this Declaration.

5. On December 19, 2025, the Court entered the Bid Procedures Order, which set 12:00 p.m. on January 19, 2026 as the Bid Deadline.

6. On January 16, 2026, The Debtor received a bid from Utah Division of Forestry, Fire, and State Lands ("FFSL Bid"). After consultation with the Debtor's advisors and reviewing the FFSL Bid, The Debtor's independent manager, Shaun Martin, determined that the FFSL Bid was a Qualified Bid (as that term is defined in the Bid Procedures Order). Other than the FFSL Bid and the Stalking Horse Bid, no other bids met the Qualified Bid criteria and provided for purchase prices that individually or, in the aggregate, equaled or exceeded the Minimum Initial Overbid Amount.

7. Consequently, the Debtor conducted an auction beginning at 10:00 a.m. on January 21, 2026, which I attended. The auction was conducted via Zoom by the Debtor's investment

banker, SSG Capital Advisors. The auction concluded on January 23, 2026. At the conclusion of the auction, after consultation with the Debtors' professionals, the Debtor's independent manager, Shaun Martin, determined that FFSL submitted the highest and best bid for the Company's assets. The Debtors considered a variety of factors in making this determination including FFSL's ability to close, the amount of liabilities assumed, including the remediation obligations under the Consent Decree and all other environmental liabilities associated with the Real Property, Tooele County tax obligations, mechanics' liens, the cash consideration, and other consideration provided by FFSL. Further, the FFSL Bid of $30,000,000 is for unencumbered assets only, which provides for the highest potential return to the Debtor's unsecured creditors while still allowing the secured lender to realize the value of its collateral.

8. Accordingly, the Debtor's independent manager, Shaun Martin, in consultation with the Debtor's professionals, concluded that the FFSL Bid was and is the highest and best bid for the Assets.

9. Through the week of January 19, 2026, a total of $7,319,608 was drawn under the Debtor's debtor-possession financing. Through the week of January 19, 2026 a total of $7,184,467 has actually been disbursed. The Debtor does not have funding beyond February 2, 2026. As a result, it is critical that the Debtor proceed with the sale of its assets as expeditiously as possible.

## **Conclusion**

10. Based on my knowledge and experience with the Company, I believe that the Successful Bidder selected by the Debtor, in consultation with the Consultation Parties and with the approval of the Independent Manager, represents the highest and best offer for the Assets.

11. I declare under penalty of perjury that, based upon my knowledge, information and belief as set forth in this Declaration, the foregoing is true and correct.

Dated: January 26, 2026                                  */s/ Ron Mayo*
                                                          Name: Ron Mayo
                                                          Title: Chief Restructuring Officer