IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>US MAGNESIUM LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS) |

**THIRD AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 26, 2026 AT 10:00 AM (ET)**

**[HEARING RESCHEDULED TO JANUARY 27, 2026 AT 9:30 AM]**

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-BRENDAN-L-SHANNON) AND THE COURT'S WEBSITE HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**ADJOURNED MATTER:**

1. Motion to Authorize the Payment of Certain Property Taxes and Granting Related Relief [D.I. 337; Filed December 4, 2025].

    Related Documents:

    A. Re-Notice of Debtor's Motion For an Order Authorizing The Payment of Certain Property Taxes and Granting Related Relief [D.I. 411; Filed December 23, 2025].

    Objection/Response Deadline: January 12, 2026 at 4:00 pm (ET). Extended by agreement for the Committee.

---

[1] The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116

[2] Amendments appear in **bold.**

Responses Received:  None.

Status:   This matter is adjourned to a date to be determined.

**MATTERS SUBMITTED UNDER CERTIFICATION:**

2. Debtor's Motion For Entry of an Order (I) Extending The Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Granting Related Relief [D.I. 426; Filed December 30, 2025].

    Related Documents:

    A. Certification of Counsel Regarding Debtor's Motion For Entry of an Order (I) Extending The Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Granting Related Relief [D.I. 499; Filed January 20, 2026].

    B. Order (I) Extending The Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Granting Related Relief [D.I. 500; Filed January 21, 2026].

    Objection/Response Deadline:  January 13, 2026 at 4:00 pm (ET). Extended by agreement for the Committee to January 20, 2026 at 4:00 pm (ET).

    Responses Received: informal comments from the Committee.

    i.  [SEALED] Reservation of Rights of the Official Committee of Unsecured Creditors to Debtor's Motion for Entry of an Order (I) Extending the Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Granting Related Relief [D.I. 497; Filed January 20, 2026].

    Status:   an Order was entered on January 21, 2026.  This matter is not going forward.

**MATTERS GOING FORWARD:**

3. Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtor's Assets,  (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving The Stalking Horse APA Between The Debtor and The Stalking Horse Bidder, (B) Authorizing The Sale to The Stalking Horse Bidder or The Successful Bidder of Substantially All of The Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and interests, (C) Authorizing The

Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 41; Filed September 15, 2025].

Related Documents:

A. Order (I) (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtor's Assets, (B) Approving The Form and Manner of Notice Thereof (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving The Stalking Horse APA Between The Debtor and The Stalking Horse Bidder, (B) Authorizing The Sale to The Stalking Horse Bidder or The Successful Bidder of Substantially All of The Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and interests, (C) Authorizing The Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 395; Entered December 19, 2025].

B. Notice of Potential Contract Assumption and Assignment [D.I. 396; Filed December 19, 2025].

C. Notice of Sale by Auction and Sale Hearing [D.I. 397; Filed December 19, 2025].

D. Amended Notice of Potential Contract Assumption and Assignment [D.I. 457; Filed January 12, 2026].

E. Notice of Auction [D.I. 493; Filed January 19, 2026].

F. Notice of Debtor's Intent to Offer Witness Testimony and Exhibits at the Hearing Scheduled for January 26, 2026 at 10:00 am (ET) [D.I. 505; Filed January 22, 2026].

G. Notice of The Renco Group, Inc.'s Intent to Offer Witness Testimony and Exhibits at the Hearing Scheduled for January 26, 2026, at 10:00 a.m. (ET) [D.I. 508; Filed January 22, 2026].

H. Notice of Successful Bidder and Next-Highest Bidder [DI 517; Filed January 23, 2026]

I. **Notice of Wells Fargo Bank, N.A.'s Intent to Offer Exhibits at Haring Scheduled for January 27, 2026 at 9:30 a.m. [DI 515; Filed January 23, 2026]**

J. **Notice of Filing Auction Transcripts [DI 519; Filed January 26, 2026]**

**K. Declaration of J. Scott Victor in Support of Debtor's Selection of Successful Bidder and the Proposed Sale Transaction [DI 520; Filed January 26, 2026]**

**L. Declaration of Shaun Martin in Support of Debtor's Selection of Successful Bidder and the Proposed Sale Transaction [DI 521; Filed January 26, 2026]**

**M. Declaration of Ron Mayo in Support of Debtor's Selection of Successful Bidder and the Proposed Sale Transaction [DI 522; Filed January 26, 2026]**

**N. Declaration of Ben Stireman in Support of Sale Motion [DI 527; Filed January 26, 2026]**

**O. Notice of Filing Revised Asset Purchase Agreement [DI 528; Filed January 26, 2026]**

**P. Notice of Filing Proposed Sale Order [DI 531; Filed January 26, 2026]**

Sale Objection/Response Deadline:  January 9, 2026 at 4:00 pm (ET).

Assumption/Cure Objection/Response Deadline:  January 12, 2026.

Sale Responses Received:

i. Limited Objections of ATI Titanium LLC to Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtor's Assets, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A)Approving The Stalking Horse Apa Between The Debtor and The Stalking Horse Bidder, (B) Authorizing The Sale to The Stalking Horse Bidder Or The Successful Bidder of Substantially All of The Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and interests, (C) Authorizing The Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 440; Filed January 9, 2026].

ii. Objection of Trinity industries Leasing Company to The Sale of Its Lease Agreement in The Sale of The Debtor's Assets [D.I. 441; Filed January 9, 2026].

iii. United States' Reservation of Rights to Debtor's Sale Motion [D.I. 443; Filed January 9, 2026]

iv. Caterpillar Financial Services Corporation's Objection to Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtor's Assets, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief and (II) an Order (A) Approving The Stalking Horse Apa Between The Debtor and The Stalking Horse Bidder, (B) Authorizing The Sale to The Stalking Horse Bidder Or The Successful Bidder of Substantially All of The Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and interests, (C) Authorizing The Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [ECF 41] and Notice of Potential Contract Assumption and Assignment [ECF 396] [D.I. 444; Filed January 9, 2026].

v. Utah Department of Environmental Quality's Objection to Debtor's Bid Procedures Motion [D.I. 41 and 397], Asset Purchase Agreement [D.I. 373-1] and Notice of Potential Contract Assumption and Assignment [D.I. 396] [D.I. 447; Filed January 9, 2026].

vi. Objection of The Official Committee of Unsecured Creditors to Debtor's Request For Entry of an Order (I) Approving The Stalking Horse Apa Between The Debtor and The Stalking Horse Bidder and (II) Authorizing The Sale to The Stalking Horse Bidder of Substantially All of The Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and interests [D.I. 449; Filed January 9, 2026].

vii. Limited Objection of Union Pacific Railroad Company to Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtor's Assets, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, (E) Granting Related Relief and (II) an Order (A) Approving The Stalking Horse Apa Between The Debtor and The Stalking Horse Bidder Or The Successful Bidder of Substantially All of The Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and interests, (C) Authorizing The Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 453; Filed January 12, 2026].

viii. Limited Objection and Reservations of Rights of Wells Fargo Bank, National Association to Debtor's (I) Notice of Potential Contract Assumption and Assignment, and (II) Sale Motion [D.I. 454; Filed January 12, 2026].

 ix. Utah Division of Forestry, Fire, and State Lands' Objection to Debtor's (I) Assumption and Assignment of Unexpired Leases and Executory Contracts, (II) Cure Amounts, and (iii) Proposed Sale [D.I. 460; Filed January 12, 2026].

 x. Reservation of Rights of Union Pacific Railroad Company to Debtor's Motion For Entry of (I) an Order (A) Approving Bid Procedures in Connection With The Sale of Substantially All of The Debtor's Assets, (B) Approving The Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures For The Assumption and Assignment of Contracts and Leases, (E) Granting Related Relief and (II) an Order (A) Approving The Stalking Horse Apa Between The Debtor and The Stalking Horse Bidder Or The Successful Bidder of Substantially All of The Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and interests, (C) Authorizing The Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [D.I. 484; Filed January 15, 2026].

 **xi.** **Statement of the Official Committee of Unsecured Creditors Regarding the Sale of the Debtor's Assets and the Notice of Successful Bidder and Next-Highest Bidder [DI 524; Filed January 26, 2026]**

 **xii.** **Forgen, LLC's Reservation of Rights to Debtors' Successful Bidder and Next-Highest Bidder [DI 525; Filed January 26, 2026]**

 **xiii.** **Objection of Wells Fargo Bank, N.A. to (1) the Notice of Successful Bidder and (2) the Sale of the Debtor's Assets to Utah Division of Forestry, Fire & State Lands [DI 526; Filed January 26, 2026]**

Assumption/Cure Responses Received:

 i. Objection of Trinity Industries Leasing Company to The Debtor's Proposed Cure Cost Listed in The Notice Of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With The Proposed Sale of The Debtor's Assets [D.I. 442; Filed January 9, 2026].

 ii. Objection of Starr indemnity & Liability Company and Starr Surplus Lines insurance Company to Debtor's Notice of Potential Assumption and Assignment of Executory Contracts [D.I. 446; Filed January 9, 2026].

 iii. Objection and Reservation of Rights of Odin Environmental Solutions, LLC Related to Debtor's Notice of Potential Contract Assumption and Assignment [D.I. 448; Filed January 9, 2026].

    iv.    Forgen, LLC's Limited Objection and Reservation of Rights to Debtors' Notice of Potential Contract Assumption and Assignment [D.I. 450; Filed January 9, 2026].

    v.    Objection of Volvo Financial Services, a Division of VFS US LLC, to Proposed Contract Assumption and Proposed Cure Amount [D.I. 452; Filed January 9, 2026].

    vi.    Limited Objection and Reservation of Rights of Flagstar Financial & Leasing, LLC to Debtor's Notice of Potential Contract Assumption and Assignment [D.I. 455; Filed January 12, 2026].

    vii.    Limited Objection of Syringa Networks, LLC to Debtor's Notice of Potential Contract Assumption and Assignment [D.I. 458; Filed January 12, 2026].

    viii.    Limited Objection and Reservation of Rights of Tooele County, Utah to Debtor's Notice of Potential Contract Assumption and Assignment [D.I. 461; Filed January 12, 2026].

    ix.    Cargill, Incorporated's Limited Objection to Cure Amounts and Reservation of Rights [D.I. 471; Filed January 14, 2026].

Status:   This matter is going forward with respect to the proposed sale.

4. [SEALED] The Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims and Causes of Action on Behalf of Debtor's Estates [D.I. 422; Filed December 29, 2025].

    Related Documents:

    A. The Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims and Causes of Action on Behalf of Debtor's Estates [D.I. 433; Filed January 2, 2026].

    B. Omnibus Reply in Support of the Committee's Standing Motion [D.I. 509; Filed January 22, 2026].

    C. Notice of The Renco Group, Inc.'s Intent to Offer Witness Testimony and Exhibits at the Hearing Scheduled for January 26, 2026, at 10:00 a.m. (ET) [D.I. 508; Filed January 22, 2026].

Objection/Response Deadline:  January 12, 2026 at 4:00 pm (ET). Extended by agreement for Wells Fargo Bank, N.A. to January 16, 2026.

Responses Received:

    i. The Renco Group, Inc. and Renco Global Capital, LLC to the Official Committee of Unsecured Creditors' Motion for Leave, Standing, and Authority to Commence, Prosecute and Settle Certain Claims and Causes of Action on Behalf of the Debtor's Estate [D.I. 456; Filed January 12, 2026].

    ii. Objection of Wells Fargo Bank, N.A. to the Official Committee of Unsecured Creditors' Motion for Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims and Causes of Action on Behalf of the Debtor's Estate [D.I. 486; Filed January 16, 2026].

Status: This matter is going forward.

5. Debtor's Application to Employ Parr Brown Gee & Loveless as Special Environmental Counsel Nunc Pro Tunc as of December 15, 2025 [D.I. 430; Filed January 2, 2026].

    Related Documents: N/A

    Objection/Response Deadline: January 16, 2026 at 4:00 pm (ET). Extended by agreement for the U.S. Trustee and Committee to January 21, 2026.

    Responses Received:

        i. informal comments from the U.S. Trustee.

        ii. informal comments from the Committee.

        iii. Utah Department of Environmental Quality's Limited Objection to Debtor's Application to Employ Parr Brown Gee & Loveless as Special Environmental Counsel Nunc Pro Tunc as of December 15, 2025 [D.I. 485; Filed January 16, 2026].

    Status: This matter is going forward.

6. Motion of Wells Fargo Bank, N.A. for Entry of an Order Directing (A) the Payment of Proceeds from the Debtor's Private Sale of Lithium from Escrow to Wells Fargo; and (B) Pre-Petition interest by the Debtor to Wells Fargo as Adequate Protection [D.I. 459; Filed January 12, 2026].

    Related Documents:

        A. Reply of Wells Fargo Bank, N.A. in Further Support of Motion for Entry of an Order Directing (A) the Payment of Proceeds from the Debtor's Private Sale of Lithium from Escrow to Wells Fargo; and (B) Pre-Petition Interest

by the Debtor to Wells Fargo as Adequate Protection [D.I. 511; Filed January 22, 2026].

Objection/Response Deadline:  January 19, 2026 at 4:00 pm (ET).  Extended by agreement for the Committee to January 20, 2026 at 4:00 pm (ET).

Responses Received:

i. Objection of the Official Committee of Unsecured Creditors to the Motion of Wells Fargo Bank, N.A. for Entry of an Order Directing (A) the Payment of Proceeds from the Debtor's Private Sale of Lithium from Escrow to Wells Fargo; and (B) Pre-Petition interest by the Debtor to Wells Fargo as Adequate Protection [D.I. 496; Filed January 20, 2026].

Status:   This matter is going forward.

Dated: January 26, 2026                              GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Margaret M. Manning (DE 4183)
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
         mmanning@gsbblaw.com
         mvangorder@gsbblaw.com

*Counsel to the Debtor and Debtor-in-Possession*