**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>US MAGNESIUM LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS)<br><br>RE: D.I. 608 and 614<br><br>**Hearing Date: February 25, 2026, at 10:00 am (ET)**<br>**Objection Deadline: February 25, 2026, at 10:00 am (ET)** |

**NOTICE OF HEARING REGARDING DEBTOR'S MOTION FOR AN ORDER (A)
AUTHORIZING THE POST-PETITION USE OF CASH COLLATERAL; (B)
GRANTING ADEQUATE PROTECTION; AND (C) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on February 13, 2026, the above-captioned debtor and debtors-in-possession ("Debtor"), by and through undersigned counsel filed the *Debtor's Motion For an Order (A) Authorizing The Post-Petition Use of Cash Collateral; (B) Granting Adequate Protection; and (C) Granting Related Relief* (the "Motion") [D.I. 608] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on February 13, 2026, Debtor filed the *Motion to Shorten Notice and Expedited Consideration With Respect to Debtor's Motion For an Order (A) Authorizing The Post-Petition Use of Cash Collateral; (B) Granting Adequate Protection; and (C) Granting Related Relief* (the "Motion to Shorten") [D.I. 609].

**PLEASE TAKE FURTHER NOTICE** that on February 13, 2026, the Court entered the *Order Granting Motion to Shorten Notice and Expedited Consideration With Respect to Debtor's Motion For an Order (A) Authorizing The Post-Petition Use of Cash Collateral; (B) Granting Adequate Protection; and (C) Granting Related Relief* (the "Order") [D.I. 614].

---

[1] The last four digits of the Debtor's federal tax identification number are 5446.  The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response **at the time of the hearing.** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **February 25, 2026, at 10:00 am (ET)** before the Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware, 6th  Floor, Courtroom 1.

**IF YOU DO NOT TAKE THESE STEPS BY DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION AT THE SCHEDULED HEARING.**

Dated: February 16, 2026

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Margaret M. Manning (DE 4183)
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
        mmanning@gsbblaw.com
        mvangorder@gsbblaw.com

*Counsel to the Debtor and Debtor-in-Possession*