# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>US MAGNESIUM LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696 (BLS) |

## NOTICE OF ABANDONMENT

**PLEASE TAKE NOTICE** that on September 10, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") commencing this case (the "Chapter 11 Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on February 5, 2026, the Bankruptcy Court entered the *Order (A) Approving The Purchase Agreement Between The Debtor and The Successful Bidder, (B) Authorizing The Sale of The Purchased Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and (C) Granting Related Relief* [D.I. 583] (the "Sale Order"), whereby approving the Purchase Agreement and the provisions thereof related to the Purchase Assets.[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Purchase Agreement, the Debtor proposes to abandon approximately 131,000 gallons of hydrochloric acid located at the Debtor's former Rowley Utah facility, as detailed in the attached **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the proposed

---

[1] The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116

[2] Capitalized terms used in this Notice and not otherwise defined have the meanings ascribed to them in the Sale Order and the Purchase Agreement.

abandonment must: (a) be in writing; (b) set forth with specificity the basis for the objection; and (c) be filed with the Court and served upon (i) counsel to the Debtor Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, Esq. (mbusenkell@gsbblaw.com), at 1201 N. Orange Street, Suite 300, Wilmington, DE 19801; (ii) Counsel to the Official Committee of Unsecured Creditors Eversheds Sutherland (US) LLP, 999 Peachtree Street NE, Suite 2300, Atlanta, GA 30309, Attn: Todd C. Myers, Esq. (toddmeyers@eversheds-sutherland.com) and Danielle Barav-Johnson, Esq. (dahnibarav-johnson@eversheds-sutherland.com) and Cole Schotz P.C., 500 Delaware Avenue, Suite 600, Wilmington, DE 19801 (Attn: Justin Alberto, Esq. (JAlberto@coleschotz.com) and Michael E. Fitzpatrick, Esq. (mfitzpatrick@coleschotz.com); and (iii) Office of the United States Trustee, District of Delaware, Attn: Jane M. Leamy (jane.m.leamy@usdoj.gov) at 844 King Street, Suite 220, Room 2207, Wilmington, DE 19801, **so as to be received on or before fourteen (14) days from the mailing of this notice.**

Dated: February 27, 2026

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Margaret M. Manning (DE 4183)
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
       mmanning@gsbblaw.com
       mvangorder@gsbblaw.com

*Counsel to the Debtor and Debtor-in-Possession*

# **<u>EXHIBIT A</u>**

## Hydrochloric Acid Storage at Rowley

February 26, 2026

| Location | Volume (gal) | Concentration (%HCl) | Location |
|---|---|---|---|
| HCl Storage at Grounds | 27,000 | 36 | SE plant site near rail spur |
| Spray Dryer Acid Tanks (SDA) | 10,000 | 36 | Mid plant near center roadway |
| Lithium Plant - 36% tank | 6,000 | 36 | SE lithium plant in containment basin |
| Lithium Plant - 8% tank | 28,000 | 36 | SE lithium plant in containment basin |
| Lithium Plant - 6% tank | 28,000 | 32 | SE lithium plant in containment basin |
| Railcar - Full | 20,000 | 36 | On rail spur |
| Totes - 40 ea. X 300 gal. | 12,000 | 20 | NE plant near HCl plant and ponds |

**Total Volume**  **131,000**