**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | : Chapter 11 |
| | : |
| US MAGNESIUM LLC,[1] | : Case Number 25-11696 (BLS) |
| | : |
| Debtor. | : D.I.: 658 |

**STIPULATION RESOLVING POTENTIAL OBJECTION OF**
**THE UNITED STATES, ON BEHALF OF THE ENVIRONMENTAL PROTECTION**
**AGENCY TO DEBTOR'S NOTICE OF ABANDONMENT**

Debtor, US Magnesium, LLC, ("Debtor"), Utah Division of Forestry, Fire, and State Lands ("FFSL"), Trinity Industries Leasing Co. ("TILC"), and the United States, on behalf of the Environmental Protection Agency ("EPA") enter into this Stipulation to resolve a potential objection to the Debtor's Notice of Abandonment ("Notice") (Dkt. No. 658).

WHEREAS, the EPA is charged with overseeing the protection of public health and the environment under various statutes, including the Resource Conservation and Recovery Act (RCRA), 42 U.S.C. §§ 6901, *et seq.*, the Toxic Substances Control Act, 15 U.S.C. §§ 2601, *et seq.*, the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9601, *et seq.*, and their implementing regulations, statutes, rules, and regulations.

WHEREAS, prior to the petition date, Debtor manufactured magnesium and lithium at its facility in Rowley, Utah ("Facility").

WHEREAS, Debtor used and stored certain materials at the Facility that were used or generated during the Debtor's manufacturing operations, including 131,000 gallons of hydrochloric acid (the "Hydrochloric Acid").

---

[1] The last four digits of Debtor US Magnesium LLC's tax identification number is 5446. The location of the Debtor's principal place of business and the Debtor's service address is 238 N. 2200 W., Salt Lake City, Utah 84116.

1

WHEREAS, on February 5, 2026, the Bankruptcy Court entered the *Order (A) Approving The Purchase Agreement Between The Debtor and The Successful Bidder, (B) Authorizing The Sale of The Purchased Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and (C) Granting Related Relief* [D.I. 583] (the "Sale Order"), whereby approving the Purchase Agreement and the provisions thereof related to the Purchased Assets.[2]

WHEREAS, the Purchased Assets did not include the Hydrochloric Acid.

WHEREAS, on February 27, 2026, Debtor filed the Notice seeking authorization pursuant to section 554 of the Bankruptcy Code to abandon the Hydrochloric Acid.

WHEREAS, Section 554 of the Bankruptcy Code provides that a debtor may abandon property of the estate that is burdensome or of inconsequential value. 11 U.S.C. § 554(a).

WHEREAS, Debtor asserts that the Hydrochloric Acid is a burden on the Debtor's estate.

WHEREAS, the EPA asserts that the Hydrochloric Acid may not be abandoned in violation of non-bankruptcy law; that nothing in the Bankruptcy Code relieves the Debtor of its environmental obligations under non-bankruptcy law, including environmental obligations associated with the Hydrochloric Acid; and that abandonment of the Hydrochloric Acid is not to be a means of evading liability with respect to environmental law.

WHEREAS, pursuant to the Sale Order, FFSL purchased the Debtor's real property interests and subsequently took possession of the Facility.

WHEREAS, on February 27, 2026, Wells Fargo Bank, National Association ("Wells Fargo"), sent a letter to FFSL and Debtor providing written notice that Wells Fargo exercised its right under the definition of Wells Abandoned Collateral (as defined in the Purchase Agreement)

---

[2] Capitalized terms used in this Stipulation and not otherwise defined have the meanings ascribed to them in the Sale Order and the Purchase Agreement.

2

to abandon the Hydrochloric Acid, and any security interest therein, pursuant to the Purchase Agreement.

WHEREAS, on March 13, 2026, TILC filed an objection to the Notice alleging that 20,000 gallons of the Hydrochloric Acid are stored in one of TILC's railcars located on FFSL's property.

WHEREAS, subsequent to the filing of the Notice, FFSL has agreed to take possession of the Hydrochloric Acid, including any Hydrochloric Acid in TILC's railcar, upon abandonment by Debtor and dispose of it in accordance with applicable non-bankruptcy law and the Purchase Agreement.

WHEREAS, the Debtor, FFSL, TILC, and EPA enter into this Stipulation, subject to the approval of the Bankruptcy Court, to avoid EPA filing an objection to the Notice and any litigation that may ensue concerning the Notice and the Hydrochloric Acid.

NOW THEREFORE, it is hereby agreed as follows:

1.      The United States agrees not to object to the Notice because FFSL has agreed to take possession of the Hydrochloric Acid, including any Hydrochloric Acid in TILC's railcar, upon abandonment by Debtor and dispose of it in accordance with applicable non-bankruptcy law.

2.      EPA reserves all rights concerning the Hydrochloric Acid.

3.      FFSL and Debtor agree that TILC will have no roles or responsibilities in connection with the condition and disposal of the Hydrochloric Acid in TILC's railcar.

4.      The Parties agree, subject to the terms of this Stipulation, including FFSL's agreement to take possession of the Hydrochloric Acid and dispose of it in accordance with applicable non-bankruptcy law, that Debtor may abandon any interest that the Debtor's bankruptcy estate may have in the Hydrochloric Acid identified in the Notice.

**FOR THE UNITED STATES OF AMERICA:**

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Matthew Indrisano
Jeanne T. Cohn
Senior Counsel
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-5969 - Indrisano
(202) 598-0131 - Cohn
matthew.indrisano@usdoj.gov
jeanne.cohn@usdoj.gov

**US MAGNESIUM LLC**

By: _____
Name: RON THAYER
Title: PRESIDENT

**UTAH DIVISION OF FORESTRY, FIRE, AND STATE LANDS UTAH DIVISION OF FORESTRY, FIRE, AND STATE LANDS**

COHNE KINGHORN, P.C.

By: _____
George Hofmann
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Phone: 801.363.4300
Direct Dial: 801.415.0132
Facsimile: 801.363.4378
ghofmann@ck.law

4

**TRINITY INDUSTRIES LEASING COMPANY**

ASHBY & GEDDES

By:___*Gregory A. Taylor*_____
Gregory A. Taylor (No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: gtaylor@ashbygeddes.com

and

KANE RUSSELL COLEMAN LOGAN PC

Jason B. Binford
State Bar No. 24045499
Abigail Rogers
State Bar No. 24144104
401 Congress Avenue, Suite 2100
Austin, Texas 78701
Tel.: (512) 487-6650
Email: jbinford@krcl.com
        arogers@krcl.com