**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>US MAGNESIUM LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11696-BLS |

**AFFIDAVIT OF SERVICE**

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On March 23, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Granting Debtor's Omnibus Motion Seeking Entry of an Order Authorizing the Rejection of Certain Contracts *Nunc Pro Tunc* to the Effective Date and Granting Related Relief** (Docket No. 738)

- **Notice of Rescheduled Omnibus Hearing Date** (Docket No. 739)

Furthermore, on March 23, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Order Granting Debtor's Omnibus Motion Seeking Entry of an Order Authorizing the Rejection of Certain Contracts *Nunc Pro Tunc* to the Effective Date and Granting Related Relief** (Docket No. 738)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1]   The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116

Furthermore, on March 23, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Office of the United States Trustee for the District of Delaware, Attn: Jane M. Leamy at jane.m.leamy@usdoj.gov and jane.leamy@usdoj.gov:

- **Monthly Operating Report re Case No. 25-11696 for the Month Ending: February 28, 2026** (Docket No. 740)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: March 25, 2026

_Andrew Fitzpatrick_
Andrew K. Fitzpatrick

State of Colorado )
) SS.
County of Arapahoe )

Subscribed and sworn before me this 25th day of March 2026 by Andrew K. Fitzpatrick.

_Briannica Briggs_
(Notary's official signature)

BRIANNICA BRIGGS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254000467
MY COMMISSION EXPIRES JAN. 07, 2029

# Exhibit A



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Caterpillar Financial Services | | PO Box 100647 | | Pasadena | CA | 91189-0647 |
| Citibank, NA | | 388 Greenwich St., 10th Fl | | New York | NY | 10013 |
| Delaware Secretary of State | c/o Delaware Division of Corporations | PO Box 11728 | | Newark | NJ | 07101-4728 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| John Deere Financial | | PO Box 6600 | | Johnston | IA | 50131-6600 |
| M. Brashem, Inc. | | 14023 Ne 8Th Street | | Bellevue | WA | 98007 |
| Maddox Industrial Transformer, LLC | | PO Box 896498 | | Charlotte | NC | 28289-6498 |
| Magnesium Corporation of America | | 238 North 2200 West | | Salt Lake City | UT | 84116 |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 |
| Office of the United States Trustee for the District of Delaware | Attn: Jane M. Leamy | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 |
| Renco Global Capital, Inc. | c/o McGuire Woods | Attn: Mark Freedlander & Frank Guadagnino | 260 Forbes Avenue, Suite 1800, Tower Two-Sixty | Pittsburgh | PA | 15222-3142 |
| U.S. Environmental Protection Agency | | 195 N 1950 W | Multi-Agency State Office Bldg | Salt Lake City | UT | 84116 |
| United States Department of Justice | | 33 Liberty Street | | New York | NY | 10045 |
| US Environmental Protection Agency | | Superfund Payments-Cincinnati Finance Center | PO Box 979076 | St. Louis | MO | 63197-9000 |
| Utah Department of Environmental Quality | c/o Division of Environmental Response and Remediation | 195 North 1950 West - 1st Floor | | Salt Lake City | UT | 84116 |
| Utah Division of Forestry, Fire and State Lands | c/o Hogan McDaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel | 1311 Delaware Avenue | Wilmington | DE | 19806 |
| Utah Division of Forestry, Fire, and State Lands | c/o Natural Resource Division | Attn: Mike Begley, Assistant Attorney General | 1594 W North Temple, #300 | Salt Lake City | UT | 84114-5703 |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 N State St, Suite 230 | Salt Lake City | UT | 84114 |
| Utah State Tax Commission | | 210 North 1950 West | | Salt Lake City | UT | 84134-0700 |
| VFS US LLC | | PO Box 26131 | | Greensboro | NC | 27402 |

In re: US Magnesium LLC
Case No. 25-11696 (BLS)

Page 1 of 1

# **Exhibit B**

Document Ref: DHCMA-IVDP3-MMKP2-AQB7J



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Allegheny Technologies Incorporated | c/o Buchanan Ingersoll & Rooney PC | Attn: Kody M. Sparks | kody.sparks@bipc.com |
| Caterpillar Financial Services Corporation | c/o Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | geoffrey.grivner@bipc.com |
| Gellert Seitz Busenkell & Brown, LLC | Attn: Michael Busenkell, Margaret M. Manning, & Michael Van Gorder | | mbusenkell@gsbblaw.com<br>mmanning@gsbblaw.com<br>mvangorder@gsbblaw.com |
| Hill Brothers Chemical Company | c/o Offit Kurman, P.A. | Attn: Brian J. McLaughlin | brian.mclaughlin@offitkurman.com |
| Hill Brothers Chemical Company | c/o Offit Kurman, P.A. | Attn: Paul J. Winterhalter | pwinterhalter@offitkurman.com |
| John H. Curtis of Rocky Mountain Advisory LLC | c/o Landis Rath & Cobb LLP | Attn: Colin R. Robinson, Soumya P. Venkateswaran | robinson@lrclaw.com<br>venkateswaran@lrclaw.com |
| John H. Curtis of Rocky Mountain Advisory LLC | c/o Snell & Wilmer L.L.P. | Attn: Troy J. Aramburu, Tait A. Meskey | taramburu@swlaw.com<br>tmeskey@swlaw.com |
| Kaiser Aluminum Warrick, LLC | c/o McDermott Will & Schulte LLP | Attn: Darren Azman, Andrew B. Kratenstein | dazman@mwe.com<br>akratenstein@mwe.com |
| Kaiser Aluminum Warrick, LLC | c/o McDermott Will & Schulte LLP | Attn: David R. Hurst | dhurst@mwe.com |
| Mammoth Machinery, LLC d/b/a Mammoth Machinery & Supply | c/o Fetzer Booth, PC | Attn: Bryan H. Booth | bryan@mountainwestlaw.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Jane M. Leamy | | jane.m.leamy@usdoj.gov<br>jane.leamy@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Cole Schotz P.C. | Attn: Justin R. Alberto, Michael E. Fitzpatrick | jalberto@coleschotz.com<br>mfitzpatrick@coleschotz.com |
| Official Committee of Unsecured Creditors | c/o Eversheds Sutherland (US) LLP | Attn: Danielle Barav-Johnson | dahnibarav-johnson@eversheds-sutherland.com |
| Official Committee of Unsecured Creditors | c/o Eversheds Sutherland (US) LLP | Attn: Todd C. Meyers, Sameer M. Alifarag | toddmeyers@eversheds-sutherland.com<br>sameeralifarag@eversheds-sutherland.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Colin B. Albaugh, Assistant General Counsel, Desirée M. Amador | albaugh.colin@pbgc.gov<br>amador.desiree@pbgc.gov<br>efile@pbgc.gov |
| Renco Global Capital, Inc. | c/o McGuire Woods | Attn: Mark Freedlander & Frank Guadagnino | mfreedlander@mcguirewoods.com<br>fguadagnino@mcguirewoods.com |
| Starr Indemnity & Liability Company and Starr Surplus Lines Insurance Company | c/o Margolis Edelstein | Attn: James E. Huggett | jhuggett@margolisedelstein.com |
| State of Utah Division of Oil, Gas and Mining | c/o Assistant Attorney General, State of Utah | Attn: Gary T. Wight | gwight@agutah.gov |
| The Renco Group, Inc. | c/o McGuireWoods LLP | Attn: Mark E. Freedlander, Frank J. Guadagnino | mfreedlander@mcguirewoods.com<br>fguadagnino@mcguirewoods.com |
| The Renco Group, Inc. | c/o Saul Ewing LLP | Attn: Mark Minuti, Paige N. Topper | mark.minuti@saul.com<br>paige.topper@saul.com |
| Tooele County, Utah | c/o Cooch and Taylor, P.A | Attn: R. Grant Dick IV, Kevin D. Levitsky | gdick@coochtaylor.com<br>klevitsky@coochtaylor.com |
| Tooele County, Utah | c/o Foley & Lardner, LLP | Attn: Ellen E. Ostrow | eostrow@foley.com |
| Tooele County, Utah | c/o Foley & Lardner, LLP | Attn: Mark J. Wolfson | mwolfson@foley.com |
| Trinity Industries Leasing Company | c/o Kane Russell Coleman Logan PC | Attn: Jason B. Binford, Abigail Rogers | jbinford@krcl.com<br>arogers@krcl.com |

In re: US Magnesium LLC
Case No. 25-11696 (BLS)

Page 1 of 2

Document Ref: DHCMA-IVDP3-MMKP2-AQB7J



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Union Pacific Railroad Company | c/o Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | gtaylor@ashbygeddes.com |
| United States Environmental Protection Agency | c/o U.S. Department of Justice | Attn: Jeanne Cohn | jeanne.cohn@usdoj.gov |
| United States of America for the Environmental Protection Agency | c/o United States Department of Justice | Attn: Matthew Indrisano | matthew.indrisano@usdoj.gov |
| United Steel Workers International, Local 8319 | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| United Steelworkers | c/o United Steelworkers | Attn: David R. Jury, General Counsel & Zachary Hebert, Assistant General Counsel | djury@usw.org<br>zhebert@usw.org |
| Utah Department Of Environmental Quality | c/o Utah Attorney General | Attn: Aaron M. Waite, Assistant Utah Attorneys General | aaronmwaite@agutah.gov |
| Utah Division of Forestry, Fire and State Lands | c/o Cohne Kinghorn, P.C. | Attn: George Hofmann | ghofmann@ck.law |
| Utah Division of Forestry, Fire and State Lands | c/o Hogan McDaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel | dkhogan@dkhogan.com<br>gmcdaniel@dkhogan.com<br>gfmcdaniel@dkhogan.com |
| Utah Division of Forestry, Fire, and State Lands | c/o Utah Attorney General, Derek E. Brown | Attn: Trevor C. Lang, Michael E. Begley | tclang@agutah.gov<br>mbegley@agutah.gov |
| Utah Office of the Attorney General | | | uag@utah.gov |
| Wells Fargo Bank, N. A. | c/o Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Wells Fargo Bank, NA | c/o Otterbourg P.C. | Attn: Jonathan Helfat, Matthew Miller, Daniel F. Fiorillo, & Matthew Breen | jhelfat@otterbourg.com<br>mbreen@otterbourg.com<br>dfiorillo@otterbourg.com<br>mmiller@otterbourg.com |

In re: US Magnesium LLC
Case No. 25-11696 (BLS)

Document Ref: DHCMA-IVDP3-MMKP2-AQB7J

# <u>Exhibit C</u>

Document Ref: DHCMA-IVDP3-MMKP2-AQB7J



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Cargill | | PO Box 648 | | Granstville | UT | 84029 |
| Cargill, Inc. | | 15407 Mcginty Road West, Ms 26 | | Wayzata | MN | 55391-2365 |
| Cargill, Incorporated | c/o Faegre Drinker Biddle & Reath LLP | Attn: Ian J. Bambrick | 222 Delaware Avenue, Suite 1410 | Wilmington | DE | 19801 |
| Cargill, Incorporated | c/o Faegre Drinker Biddle & Reath LLP | Attn: Michael R. Stewart, Paige A. Naig | 2200 Wells Fargo Center, 90 S. Seventh Street | Minneapolis | MN | 55402 |
| Forgen, LLC | Attn: George Little | 6020 W Oaks Blvd Suite 220 | | Rocklin | CA | 95765 |
| Forgen, LLC | c/o Holland & Hart LLP | Attn: Engels J. Tejeda | 222 S. Main Street, Suite 2200 | Salt Lake City | UT | 84111 |
| Forgen, LLC | c/o Holland & Hart LLP | Attn: Matthew J. Ochs | 555 17th Street, Suite 3200 | Denver | CO | 80202 |
| Forgen, LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Casey B. Sawyer | 1201 Market Street, 16th Floor | Wilmington | DE | 19801 |
| G. Thomas Tripp | | Address Redacted | | | | |
| Hill Brothers  Chemical Company | | 3000 E Birch St Ste 108 | | Brea | CA | 92821-6261 |
| Hill Brothers Chemical Company | c/o Offit Kurman, P.A. | Attn: Brian J. McLaughlin | 222 Delaware Avenue, Suite 1105 | Wilmington | DE | 19801 |
| Hill Brothers Chemical Company | c/o Offit Kurman, P.A. | Attn: Paul J. Winterhalter | 2000 Market Street, Suite 2700 | Philadelphia | PA | 19103 |
| Indeck Power Equipment Company | Attn: Daniel Alexander | 1111 Willis Avenue | | Wheeling | IL | 60090 |
| International Battery Materials Ltd. (IBAT) | | PO Box 22261 | | Houston | TX | 77227-2261 |
| Linde Inc. [Praxair, Inc.] | | PO BOX 91385 | | Chicago | IL | 60693-1385 |
| Linde Inc. [Praxair, Inc.] | Attn: Michael DiRienzo | 175 East Park Drive | | Tonawanda | NY | 14150 |
| Linde, Inc | Attn: Jeffrey Weiss | PO Box 91385 | | Chicago | IL | 60693-1385 |
| Mammoth Machinery and Supply, Inc. | Attn: Ken Allen | 205 S 1200 W | | North Salt Lake | UT | 84054 |
| Mammoth Machinery, LLC d/b/a Mammoth Machinery & Supply | c/o Fetzer Booth, PC | Attn: Bryan H. Booth | 50 W. Broadway, Ste 1200 | Salt Lake City | UT | 84101 |
| Marshael D Tripp | | Address Redacted | | | | |
| Odin Construction Solutions | | 4740 Rocklin Road | | Rocklin | CA | 95677 |
| Odin Construction Solutions, Inc. | Attn: Jordan Brown | 2901 Douglas Blvd. Suite 300 | | Roseville | CA | 95661 |
| Odin Environmental Solutions, LLC | c/o Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Sarah R. Gladieux | 1313 N. Market Street, 6th Floor | Wilmington | DE | 19801 |
| Roblin J. Hartman | | Address Redacted | | | | |
| Roblin James Hartman | | Address Redacted | | | | |
| Sisecam Chemical Resources, LLC | Attn: Ronny Cain, David Black | 400 Perimeter Center Terrace Ne | Suite #350 | Atlanta | GA | 30346 |
| Sumitomo Corporation of Americas | | 8055 East Tufts Avenue Suite 800 | | Denver | CO | 80237 |
| Trinity Industries | | PO Box 732666 | | Dallas | TX | 75373-2666 |
| Trinity Industries Leasing Company | Attn: Joel Bailey | PO Box 358041 | | Pittsburgh | PA | 15251-5041 |
| Trinity Industries Leasing Company | c/o Ashby & Geddes | Attn: Gregory A. Taylor | 500 Delaware Avenue, 8th Floor | Wilmington | DE | 19899 |
| Trinity Industries Leasing Company | c/o Kane Russell Coleman Logan PC | Attn: Jason B. Binford, Abigail Rogers | 401 Congress Avenue, Suite 2100 | Austin | TX | 78701 |

In re: US Magnesium LLC
Case No. 25-11696 (BLS)

Page 1 of 1