**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| US MAGNESIUM LLC,[1] | ) | Case No. 25- 11696 |
|  | ) |  |
| Debtor. | ) | **Re: 777** |
|  | ) |  |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF WELLS FARGO
BANK, NATIONAL ASSOCIATION TO OFFICIAL COMMITTEEE OF UNSECURED
CREDITORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE
COMBINED DISCLOSURE STATEMENT AND PLAN ON AN INTERIM BASIS FOR
SOLICIATION PURPOSES ONLY; (II) ESTABLISHING SOLICITATION AND
TABULATION PROCEDURES; (III) APPROVING THE FORM OF BALLOT AND
SOLICITATION PACKAGES;  (IV) ESTABLISHING THE VOTING RECORD DATE;
(V) SCHEDULING A COMBINED HEARING FOR FI NAL APPROVAL OF THE
ADEQUACY OF DISCLOSURES IN, AND CONFIRMATION OF, THE COMBINED
DISCLOSURE STATEMENT AND PLAN; (VI) APPROVING THE FORMS OF
NOTICE, AND (VII) GRANTING RELATED RELIEF**

Wells Fargo Bank, National Association, as lender (the "Lender" or "Wells Fargo"), through its undersigned counsel, hereby submits this limited Objection (the "Objection") to the *Official Committee of Unsecured Creditors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; (VI) Approving the Forms of Notice, and (VII) Granting Related*

---

[1] The last four digits of the federal tax identification number of US Magnesium LLC (the "Debtor") are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116.

67324207 v1

*Relief* (the "Motion")[2] [D.I. 777] and the form of proposed order submitted with the Motion (the "Proposed Order").

1.      Wells Fargo is the senior secured creditor of the Debtor, and holds significant claims, liens, interests and other rights which are impacted by the proposed Combined Disclosure Statement and Plan.

2.      Wells Fargo has raised a number of issues informally with the Plan Proponent prior to the filing of this Limited Objection.  The majority of Wells Fargo's informal objections raise substantive issues regarding the terms of the proposed Disclosure Statement and Plan, which are reserved for the proposed Confirmation Objection Deadline and Confirmation Hearing.  Wells Fargo expects that it will continue its discussions with the Plan Proponent, but files this Objection in order to reserve its rights with respect to any and all issues and objections that are appropriately raised in advance of confirmation.

3.      Wells Fargo has also raised two solicitation-related points with the Plan Proponent, both of which Wells Fargo believes are (or will be) consensually resolved.  First, the proposed Plan and Disclosure Statement filed with the Court includes a blank amount for Wells Fargo's Senior Secured Claim in the treatment Section 10.3.  This claim amount should be filled in prior to solicitation, which can be done based upon Wells Fargo's recently filed proof of claim. Second, the Plan Proponent has agreed to make clear that the Tabulation Procedures, and in particular Section 2 thereof, are subject to claimants' rights to seek a Rule 3018 determination of the voting amounts of their claims.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4.      Wells Fargo files this Limited Objection to provide notice of these issues, pending its discussions with the Plan Proponent regarding proposed revisions to the proposed Order approving solicitation procedures and approving a solicitation version of the Combined Disclosure Statement and Plan.

WHEREFORE, Wells Fargo respectfully requests that any Order granting the relief requested in the Motion include appropriate provisions sufficiently addressing Wells Fargo's objections.

Dated: April 30, 2026

Respectfully submitted,

**BURR & FORMAN LLP**

*/s/ J. Cory Falgowski*
J. Cory Falgowski (No. 4546)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone: (302) 830-2312
Email: jfalgowski@burr.com

- AND –

**OTTERBOURG P.C.**
Jonathan N. Helfat (admitted *pro hac vice*)
Adam C. Silverstein (admitted *pro hac vice*)
230 Park Avenue
New York, NY 10169
Telephone:     (212) 661-9100
Facsimile:      (212) 682-6104
Email:          jhelfat@otterbourg.com
                asilverstein@ottterbourg.com

*Attorneys for Wells Fargo Bank, N.A.*

67324207 v1

3