**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| US Magnesium LLC, [1] | Case No. 25-11696 (BLS) |
| Debtor. | **Related Document: 818** |

## ORDER

Upon consideration of the Motion of Caterpillar Financial Services Corporation ("**CAT Financial**") for Relief from the Automatic Stay pursuant to 11 U.S.C. 362(d) ("**Motion**"), and it appearing that (i) appropriate notice of the Motion has been given and (ii) the Court has jurisdiction to consider the relief requested pursuant to 11 U.S.C. §362, and after due deliberation and good and sufficient cause appearing, it is hereby

ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED; and it is further

ORDERED, that CAT Financial is granted relief from the automatic stay with respect to the Collateral (as defined in the Motion), together with all accessions thereto; and it is further

ORDERED, that the Debtor shall confirm the location of the Collateral and make the Collateral available for removal by CAT Financial within seven (7) days of the date hereof; and it is further

ORDERED that the fourteen (14) day stay imposed by Bankruptcy Rule of Procedure 4001(a)(3) is hereby waived.

**Dated: May 18th, 2026**
**Wilmington, Delaware**

BRENDAN L. SHANNON
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116.