**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| US MAGNESIUM LLC,[1] | Case No. 25-11696-BLS |
| Debtor. | Related Document: 860 |
| | **Hearing Date: June 16, 2026, 10:00 a.m.** |

**LIMITED OBJECTION OF ATI TITANIUM LLC TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MODIFIED AMENDED COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF US MAGNESIUM LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

AND NOW ATI Titanium LLC ("ATI") by and through its undersigned counsel, submits this Objection ("Objection") to the *Official Committee of Unsecured Creditors' Modified Amended Combined Disclosure Statement and Plan of Liquidation of US Magnesium LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 860] (the "Combined Disclosure Statement and Plan").

**BACKGROUND**

1.      On May 6, 2026, the Official Committee of Unsecured Creditors filed its Combined Disclosure Statement and Plan.[2]

2.      On May 8, 2026, the Court entered an Order approving the Combined Disclosure Statement and Plan on an interim basis for solicitation purposes only. [Docket No. 874].

---

[1]      The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116.

[2]      Capitalized terms used but not specifically defined herein shall be given the meanings ascribed to such terms in the Combined Disclosure Statement and Plan.

3.      ATI is not a creditor in this case but is a party-in-interest as a co-member with the Debtor in Skull Valley.  Skull Valley is not property of these bankruptcy estates.  Rather, only the Debtor's membership interests in Skull Valley are property of the estates.

## LIMITED OBJECTION

4.      The limited liability company operating agreement of Skull Valley prohibits, *inter alia*, any member from encumbering, pledging or hypothecating its membership interest as collateral or security for any obligations without the prior written consent of the other members pursuant to the terms and conditions set forth therein (collectively, the "Skull Valley Transfer Restrictions").

5.      The Combined Disclosure Statement and Plan provides that the Debtor's interests in Skull Valley shall be vested in the Liquidating Trust "free and clear of all Claims, Interests, Liens, charges, or other encumbrances of Creditors or Interest Holders".

6.      ATI objects to the Combined Disclosure Statement and Plan to the extent that anything contained therein constitutes a waiver, modification, release or limitation on the Skull Valley Transfer Restrictions or the operating agreement.

7.      ATI has not consented to any transfer of the Debtor's interests in Skull Valley. Furthermore, the Skull Valley Transfer Restrictions and all terms of the operating agreement should survive unaffected by confirmation of the Plan.[3]

---

[3] Bankruptcy courts generally cannot and will not override contractual consent requirements in joint venture operating agreements. *See In re Kramer*, 2022 WL 17176411 (B.A.P. 10th Cir. Nov. 23, 2022)(holding consent requirement of operating agreement requiring consent of the non-transferring members to transfer member's interests in a bankruptcy sale was not invalidated); *In re Dean*, 174 B.R. 787 (Bankr. E.D. Ark. 1994)(restrictions contained in joint venture agreements, which generally restrict transfers of interests in the venture, are not invalidated by any provision of Bankruptcy Code); *In re Cedar Chem. Corp.,* 294 B.R. 224 (Bankr. S.D.N.Y. 2003).

WHEREFORE, ATI Titanium LLC respectfully requests that, to the extent the Combined Disclosure Statement and Plan is approved, such approval be modified to address the objections set forth above.

**BUCHANAN INGERSOLL & ROONEY PC**

June 2, 2026

*/s/ Kody M. Sparks*
Kody M. Sparks (No. 6464)
500 Delaware Avenue, Suite 720
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
kody.sparks@bipc.com

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esq. (Pa. Id. No. 76245)
(admitted *Pro Hac Vice*)
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Telephone: (215) 665-8700
mark.pfeiffer@bipc.com

*Counsel to Party-in-Interest ATI Titanium LLC*

3