**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| | : | |
| *In re* | : | Case Number 25-11696 (BLS) |
| | : | |
| US MAGNESIUM LLC,[1] | : | Hearing Date: June 16, 2026 |
| | : | |
| Debtor. | : | Objection Deadline: June 5, 2026 |
| | : | |
| | : | D.I.: 860 and 874 |

**UNITED STATES' NOTICE OF ASSERTION OF**
**SETOFF AND RECOUPMENT RIGHTS**
**AND RESERVATION OF RIGHTS**

The United States, on behalf of the Environmental Protection Agency and the

Department of the Interior, (the "United States") in support of its Notice of Assertion of Setoff

and Recoupment Rights and Reservation of Rights to the *Official Committee of Unsecured*

*Creditors' Modified Amended Combined Disclosure Statement and Plan of Liquidation of US*

*Magnesium LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 860] (the "Combined

Disclosure Statement and Plan"),[2] states as follows:

**INTRODUCTION**

1.      Pursuant to a Settlement Agreement entered in *In re: Magnesium Corp. of*

*America, et al.*, Case No. 01-14312, (Bankr. S.D.N.Y.) (the "Mag. Corp. Settlement

Agreement"), EPA received funds that resolved certain claims filed by the United States against

Magnesium Corp. of America.

---

[1] The last four digits of Debtor US Magnesium LLC's tax identification number is 5446. The location of the Debtor's principal place of business and the Debtor's service address is 238 N. 2200 W., Salt Lake City, Utah 84116.
[2] Capitalized terms used but not otherwise defined shall have the meanings ascribed to such terms in the Combined Disclosure Statement and Plan.

2. The settlement funds were held in five site-specific Special Accounts (as that term is defined in the Consent Decree) for the US Magnesium Superfund Site. The funds held in the Special Accounts may be used for site-specific response actions as set forth in the Mag. Corp Settlement Agreement.

3. On June 30, 2021, the United States District Court for the District of Utah entered a Consent Decree in Case No. 01-cv-40 (the "Consent Decree"). The Consent Decree resolved litigation filed by the United States against US Magnesium, LLC ("U.S. Magnesium") and other defendants. Among other things, the Complaint alleged various violations of the Resource Conservation and Recovery Act of 1976, 42 U.S.C. §§ 6901, et seq. ("RCRA") at U.S. Magnesium's Facility in Rowley, Utah. The Mag. Corp. Settlement Agreement was incorporated into the Consent Decree as Appendix 11.

4. The Consent Decree also included provisions allowing US Magnesium to seek disbursements from Special Account 1 (as that term is defined in the Consent Decree) as partial reimbursement for eligible expenses incurred for CERCLA work and approved by EPA under the Consent Decree.

5. In 2023 and 2024, EPA notified US Magnesium that it was in material non-compliance with the Consent Decree and, thus, EPA's obligation to disburse funds to US Magnesium terminated under the Consent Decree.

6. The Consent Decree requires that in order for US Magnesium to contest EPA's decision to terminate disbursements from the Special Accounts, US Magnesium must initiate the Consent Decree's dispute resolution process.

7.      US Magnesium did not initiate dispute resolution in response to EPA's decision that US Magnesium was in material non-compliance of its Consent Decree obligations and that disbursements under the Consent Decree were terminated.

8.      To date, the CERCLA work under the Consent Decree has not been completed.

9.      On September 10, 2025, US Magnesium filed a voluntary bankruptcy petition seeking relief under Chapter 11 of the Bankruptcy Code.

10.     On April 6, 2026, the Official Committee of Unsecured Creditors ("Committee") filed a Combined Disclosure Statement and Plan [Docket No. 776], which was subsequently amended [Docket No. 851] and modified [Docket No. 860].

11.     The Combined Disclosure Statement and Plan's definition of Liquidating Trust Assets includes U.S. Magnesium's interests, if any, in the Special Accounts. *See* Docket No. 860 at Section 3 at ¶ 3.103(vi).

12.     In addition, the Combined Disclosure Statement and Plan also states that Wells Fargo Bank, National Association, asserts a security interest in any of U.S. Magnesium's interests in the Special Accounts. *See* Docket No. 860 at Section 4 at ¶ 4.3.

13.     The United States has negotiated language for the Confirmation Order that resolves the United States' concerns with certain provisions of the Combined Disclosure Statement and Plan and files this Assertion of Setoff and Recoupment Rights and Reservation of Rights only to preserve the United States' objections to the Combined Disclosure Statement and Plan should the language the United States negotiated with the Committee not be included in the Confirmation Order.

## ASSERTION OF SETOFF AND RECOUPMENT RIGHTS

14.     Confirmation of a plan does not extinguish setoff rights when they are timely asserted. *In re Continental Airlines*, 134 F.3d 536, 542 (3d Cir. 1998). The same may be true for recoupment rights. *See In re Flagstaff Realty Assocs.*, 60 F.3d 1031, 1036-1037 (3d Cir. 1995); *A & C Elec. Co.*, 211 B.R. 268, 273-274 (Bankr. N.D. Ill. 1997) (citing *Brown v. Gen. Motors Corp.*, 152 B.R. 935, 938 (W.D. Wis. 1993)); *In re Black*, 280 B.R. 680, 684 n. 8 (Bankr. N.D. Ala. 2001). In conformity with the *Continental* and *Flagstaff* decisions, the United States hereby timely asserts and preserves its setoff and recoupment rights.

15.     The United States is a creditor and party in interest and has filed an application for administrative expense, and proof of claim in this bankruptcy case that asserts and preserves the rights of the United States with respect to setoff and recoupment.

16.     US Magnesium and others have alleged an interest in the Special Accounts.

17.     The United States disputes that any party has an interest in the Special Accounts, which are permanently appropriated funds held by EPA in certain site-specific subaccounts within the EPA Hazardous Substance Superfund.

18.     Nevertheless, to the extent that any party successfully maintains a claim against the Special Accounts, the United States hereby asserts and preserves any and all of its rights of any kind to setoff or recoup against any property, obligations, claims, liabilities or receivables due from or against the United States, U.S. Magnesium, U.S. Magnesium's estate, or the Liquidating Trust against such a claim.

**RESERVATION OF RIGHTS**

19.     The United States leaves the Debtor and the Committee to their burden of proof under section 1129 of the Bankruptcy Code for confirmation of the Combined Disclosure Statement and Plan.

20.      The United States reserves any and all rights, remedies, and objections to the Combined Disclosure Statement and Plan, including that the Combined Disclosure Statement and Plan may inappropriately limit the prohibition on the CERCLA pre-enforcement judicial review of EPA's actions, if the language negotiated by the United States is not included in the proposed confirmation order. *See* 42 U.S.C. § 9613(h).

**CONCLUSION**

21.     For the above reasons, the United States respectfully requests that confirmation of the Combined Disclosure Statement and Plan be denied unless the language negotiated by the United States is included in any confirmation order.

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/Matthew Indrisano*
Matthew Indrisano
Jeanne T. Cohn
Senior Counsel
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-5969 – Indrisano
(202) 598-0131 – Cohn
matthew.indrisano@usdoj.gov
jeanne.cohn@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all interested parties of record.


*/s/Matthew Indrisano*
Matthew Indrisano