IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| US Magnesium, LLC | Case No. 25-11696 (BLS) |
| Debtors. | |

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Intermountain Consumer Professional Engineers, Inc., holder of the following general unsecured claim (the "Claim") against the above captioned debtors ("Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 2705466 | Intermountain Consumer Professional Engineers, Inc. | $346,050.45 | US Magnesium LLC | 25-11696 |

Former Address:

Intermountain Consumer Professional Engineers, Inc.

1145 East South Union Avenue
Midvale, UT 84047

New Address:
Address for all Notice & Payments/Distributions:
Contrarian Funds, LLC
411 West Putnam Avenue, Suite - 425
Greenwich, CT 06830
Attn: Trade Claims Group

Thank you,

By: _Rick Huber_
Name: Rick Huber
Title: Assistant Controller
Date: 6/22/26