**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| US MAGNESIUM LLC, [1] | § | Case No. 25-11696 (BLS) |
| | § | |
| Debtor. | § | Related to Docket No. 936 |
| | § | **Hearing Date: August 19, 2026 at 10:30 a.m. (EDT)** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that, at the hearing on June 16, 2026 (the "*Confirmation Hearing*"), the Court ordered that the *Limited Objection of Alyssa Leanne Horne, Individually and as Personal Representative of The Estate of Robert John Self, Kaitlyn Summers, and Ryan Self to The Official Committee of Unsecured Creditors' Modified Amended Combined Disclosure Statement and Plan of Liquidation of US Magnesium LLC* [Docket No. 936] shall be considered a motion seeking relief from the automatic stay (the "*Motion for Relief*") with respect to the post-confirmation injunction, and that the Motion for Relief shall be heard at an omnibus hearing date no later than 60 days from the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion for Relief will be held on **August 19, 2026 at 10:30 a.m. (EDT)** before the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

July 14, 2026

ESBROOK, P.C.

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE Bar No. 3320)
800 N. King Street, Suite 301
Wilmington, DE 19801
302-408-7353
Email: maria.sawczuk@esbrook.com

---

[1] The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116.

1

--and--

Ryan E. Chapple (Admitted *Pro Hac Vice*)
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
Email: rchapple@cstrial.com

*Attorneys for Alyssa Leanne Horne, Individually
and as Personal Representative of The Estate of
Robert John Self, Kaitlyn Summers, and Ryan Self*

2