**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| US Magnesium LLC,[1] | Case No. 25-11696 (BLS) |
| Debtor. | **Re: D.I. 1114** |

**ORDER APPROVING AGREED ORDER**
**GRANTING RELIEF FROM THE AUTOMATIC STAY**
**RELATED TO THE CLAIM OF VOLVO FINANCIAL SERVICES**

Upon consideration of the *Certification of Counsel Regarding Agreed Order Granting Relief From Automatic Stay Related to the Claim of Volvo Financial Services* (the "Certification");[2] and this Court having found that the legal and factual bases exist to establish cause under 11 U.S.C. § 362(d)(1) and (d)(2) to grant relief from the automatic stay as to the Equipment; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      VFS is granted relief from the automatic stay to exercise all of its rights and remedies under non-bankruptcy law with respect to the Equipment, including but not limited to the repossession, sale, and/or foreclosure of the same and application of proceeds to the balance of the Note.

2.      VFS is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

3.      This Order shall be effective immediately upon entry and the 14-day stay of Bankruptcy Rule 4001(a)(4) does not apply.

---

[1] The last four digits of the Debtor's federal tax identification number are 5446. The Debtor's address is 238 N 2200 W, Salt Lake City, Utah 84116.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

WBD (US) 4921-6614-4949v2

4.      The Debtor shall confirm the location of the Equipment and make the Equipment available for removal by VFS within seven (7) days of the date hereof.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Dated: August 12th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**